















CGL    11/23/05    15:20

3:05-CV-00940   THOMASSON V. GC SERVICES LTD PRT

*15*

*M.*

ORIGINAL



1   COLLIER SHANNON SCOTT, PLLC
    Thomas E. Gilbertsen (Pro Hac Vice)
2   3050 K Street, N.W., Suite 400
    Washington, D.C. 20007-5108
3   Telephone: (202) 342-8400
    Facsimile: (202) 342-8451
4
    WRIGHT & L'ESTRANGE
5   A Partnership Including
    Professional Corporations
6     John H. L'Estrange, Jr. (SBN 049594)
    San Diego, California 92101
7   Telephone: (619) 231-4844
    Facsimile: (619) 231-6710
8
9   Attorneys for Defendant GC Services Limited Partnership
10
11                  UNITED STATES DISTRICT COURT
12               SOUTHERN DISTRICT OF CALIFORNIA
13
14  ANDREW T. THOMASSON, and MARY   )   CASE NO. 05cv940 LAB (blm)
    JO MIAL, On Behalf of Themselves and )
15  All Others Similarly Situated,       )   **NOTICE OF MOTION AND MOTION**
                                         )   **BY DEFENDANT GC SERVICES**
16              Plaintiffs,              )   **LIMITED PARTNERSHIP FOR**
                                         )   **PARTIAL JUDGMENT ON THE**
17  v.                                   )   **PLEADINGS**
                                         )   **[FED. R. CIV. P. 12(c)]**
18  GC SERVICES LIMITED                  )
    PARTNERSHIP, and DOES 1 through 25,  )
19  inclusive,                           )
                                         )
20              Defendants.              )   Date:  January 17, 2006
    _____    )   Time:  10:30 a.m.
21                                           Courtroom:    9
22       TO:   PLAINTIFFS ANDREW T. THOMASSON, REBECCA J. THOMASSON,
23  MACDONALD P. TAYLOR, JR,. AND CHENOA R. TAYLOR AND THEIR RESPECTIVE
24  ATTORNEYS OF RECORD IN THIS MATTER:
25       PLEASE TAKE NOTICE that on January 17, 2006, at 10:30 a.m., or as soon thereafter as
26  the matter may be heard, in the courtroom of United States District Judge Larry Burns, located at
27  the United States Courthouse, 940 Front Street, San Diego, California 92101, Defendant GC
28  Services Limited Partnership will move the Court for partial judgment on the pleadings.   The

1   motion seeks judgment on the Second and Third Causes of Action in the First Amended

2   Complaint in this action.

3        The motion will be made under Rule 12(c) of the Federal Rules of Civil Procedure, and

4   will be based upon this Notice, the Memorandum of Points and Authorities submitted herewith,

5   the pleadings and other papers on file in this action, and upon such further oral and documentary

6   evidence or argument as may be presented at the hearing.

7

8   Dated: November 23, 2005

COLLIER SHANNON SCOTT, PLLC
-and-
WRIGHT & L'ESTRANGE
Attorneys for defendant GC Services Limited
Partnership

By: _John H. L'Estrange_
        John H. L'Estrange, Jr.

2

1

**Thomasson, et al. v. GC Services Limited Partnership**
U.S. District Court, Southern District, Case No. 05cv940 LAB (rlr)

2

**PROOF OF SERVICE BY U.S. MAIL**

3

I, the undersigned, declare:

4

I am over the age of eighteen years and not a party to the cause; I am employed in, or am a

5

resident of, the County of San Diego, California, where the mailing occurs; and my business
address is: 701 B Street, Suite 1550, San Diego, California 92101.

6

On November 23, 2005, I caused to be served the following document(s):

7

8

1.   **NOTICE OF MOTION AND MOTION BY DEFENDANT GC SERVICES
LIMITED PARTNERSHIP FOR PARTIAL JUDGMENT ON THE
PLEADINGS ;**

9

10

2.   **DEFENDANT GC SERVICES L.P.'s MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON
THE PLEADINGS ; and**

11

12

3.   **EXHIBITS IN SUPPORT OF DEFENDANT GC SERVICES LIMITED
PARTNERSHIP'S MOTION FOR PARTIAL JUDGMENT ON THE
PLEADINGS**

13

14

by placing a copy of each document in an envelope addressed to the addressee as follows:

15

Robert L. Arleo                                      Christopher K. Monelt
Law Offices of Robert L. Arleo                       Law Offices of Christopher K. Monelt

16

225 E. 79th Street, Suite 2B                         2044 First Avenue, Suite 200
New York, New York 10021                             San Diego, CA 92101

17

18

19

I sealed the documents in an envelope and, with the postage thereon fully prepaid, I placed
it for deposit in the United States Postal Service, this same day, at my business address shown

20

above, following ordinary business practices.

21

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Executed on November 23, 2005 at San Diego, California.

22

23

Michelle Schmidt

24

25

26

27

28

PROOF OF SERVICE BY U.S. MAIL

1   **Thomasson, et al. v. GC Services Limited Partnership**
    **U.S. District Court, Southern District, Case No. 05cv940 LAB (rlr)**

2

3   **PROOF OF SERVICE BY PERSONAL DELIVERY**

4       I, the undersigned, declare:  I am over the age of eighteen years and not a party to the
    cause; I am employed in, or am a resident of, the County of San Diego, State of California, and
5   my business address is:  4665 Park Blvd., San Diego, California 92116.

6       On November 23, 2005, I caused to be served the following document(s):

7   1.    **NOTICE OF MOTION AND MOTION BY DEFENDANT GC SERVICES**
        **LIMITED PARTNERSHIP FOR PARTIAL JUDGMENT ON THE**
8       **PLEADINGS ;**

9   2.    **DEFENDANT GC SERVICES L.P.'s MEMORANDUM OF POINTS AND**
        **AUTHORITIES IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON**
10      **THE PLEADINGS ; and**

11  3.    **EXHIBITS IN SUPPORT OF DEFENDANT GC SERVICES LIMITED**
        **PARTNERSHIP'S MOTION FOR PARTIAL JUDGMENT ON THE**
12      **PLEADINGS**

13  by personally serving copies of said documents upon the following individual:

14  Robert E. Schroth, Sr.
    Robert E. Schroth, Jr.
15  SCHROTH & SCHROTH
    2044 First Ave., #200
16  San Diego, CA 92101

17

18      I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.

19      Executed on November 23, 2005, at San Diego, California.

20                    DIVERSIFIED LEGAL SERVICES, INC.

21

22                    By: _____

23

24

25

26

27

28

PROOF OF PERSONAL DELIVERY