USDC SCAN INDEX SHEET

















RYC    2/7/06    16:18

3:05-CV-00940    THOMASSON V. GC SERVICES LTD PRT

*24*

*M.*

**ORIGINAL**

FILED

FEB 6 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1 | ROBERT L. ARLEO, ESQ. (RA 7506)
**LAW OFFICES OF ROBERT L. ARLEO**
2 | 1375 Broadway, Third Floor
New York, New York 10018
3 | Telephone: (646) 278-5648
E-Mail: r.arleo@verizon.net
4 |
ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
5 | ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
**SCHROTH & SCHROTH, LLC**
6 | 2044 First Avenue, Suite 200
7 | San Diego, CA 92101-2079
Telephone: (619) 233-7521
8 | Facsimile: (619) 233-4516

9 | CHRISTOPHER K. MONELT, ESQ. (SBN 224478)
10 | **LAW OFFICES OF CHRISTOPHER K. MONELT**
2044 First Avenue, Suite 200
11 | San Diego, CA 92101-2079
Telephone: (619) 233-8034
12 | Facsimile: (619) 233-4516

13 |
Attorneys for Plaintiffs, ANDREW T.
14 | THOMASSON, REBECCA J. THOMASSON,
MACDONALD P. TAYLOR JR., CHENOA R.
15 | TAYLOR and all others similarly situated

16 |

17 | **UNITED STATES DISTRICT COURT**

18 | **SOUTHERN DISTRICT OF CALIFORNIA**

19 |

20 | ANDREW T. THOMASSON, REBECCA J. ) CASE NO. 05cv940 LAB (CAB)
THOMASSON, MACDONALD P. TAYLOR )
21 | JR., and CHENOA R. TAYLOR on behalf of )
themselves and all others similarly situated, ) **PLAINTIFFS' NOTICE OF MOTION**
22 | ) **AND MOTION TO STRIKE**
Plaintiffs, ) **DEFENDANT GC SERVICES'S**
) **AFFIRMATIVE DEFENSES PURSUANT**
23 | vs. ) **TO FED. R. CIV. P. 12(f)**
24 | GC SERVICES LIMITED PARTNERSHIP, ) HON. LARRY ALAN BURNS
and DOES 1 through 25 inclusive, ) Dept.: Courtroom 9, Second Floor
25 | ) Hearing Date: April 24, 2006
Defendants. ) Hearing Time: 10:30 a.m.
26 | )
) Complaint Filed: May 4, 2005
27 | )
28 | )

-1-

1   TO:  DEFENDANT GC SERVICES LIMITED PARTNERSHIP AND TO ITS ATTORNEYS

2   OF RECORD:

3        **PLEASE TAKE NOTICE** that on April 24, 2006, at 10:30 a.m., or as soon thereafter

4   as the parties may be heard, Plaintiffs, ANDREW T. THOMASSON, REBECCA J.

5   THOMASSON, MACDONALD P. TAYLOR JR., and CHENOA R. TAYLOR (collectively

6   referred to as "Plaintiffs"), on their own behalf and on behalf of the class they seek to represent,

7   will and hereby do move this Court, at the United States Courthouse located at 880 Front Street,

8   San Diego, California 92101, Courtroom 9, Second Floor, by and through their attorneys of

9   record, and pursuant to Fed. R. Civ. P. 12(f), to strike the following affirmative defenses

10  contained in Defendant GC SERVICES'S Answer:

### THIRD AFFIRMATIVE DEFENSE
**(Ordinary Course of Business Exemption)**

13       The First Amended Complaint alleges conduct that falls within the ordinary course of

14  business exemptions of applicable state and federal law.

### FOURTH AFFIRMATIVE DEFENSE
**(Estoppel/Waiver)**

17       The First Amended Complaint alleges conduct to which the named plaintiffs and

18  certain putative class members consented, and/or which arose from the acts and omissions on

19  the part of plaintiffs and certain putative class members, and plaintiffs and/or and certain

20  putative class members thereby stopped and waived any right to assert related claims against

21  GC Services.

### FIFTH AFFIRMATIVE DEFENSE
**(Failure to Join Indispensable Parties)**

24       The First Amended Complaint asserts claims for relief that are barred for failure to join

25  one or more indispensable parties in this action.

26  / / /

27  / / /

28  / / /

-2-

## SIXTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

The First Amended Complaint asserts claims for equitable relief that are barred, in whole or part, by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE
### (Bona Fide Error)

The claims are barred, in whole or part, because GC Services maintains adequate procedures to avoid violating the law, and any conduct found to contradict those procedures was based on a *bona fide* error.

## NINTH AFFIRMATIVE DEFENSE
### (Preemption)

The asserted claims are barred under the Supremacy Clause of the United States Constitution, principles of federalism and general preemption, in whole or part, because Title III of the Omnibus Crime Control and Safe Streets Act (18 U.S.C. § 2510 *et* seq.) expressly exempts business monitoring conducted in the ordinary course of business, and preempts all state laws to the contrary.

## TENTH AFFIRMATIVE DEFENSE
### (Primary Jurisdiction)

The Federal Communications Commission has primary jurisdiction over the Second and Third Causes of Action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-3-

1        This motion is brought pursuant to Fed. R. Civ. P. 12(f) and is based on this notice of

2    motion and motion, the attached memorandum of points and authorities in support thereof, the

3    pleadings and papers on file in this case, and upon such evidence and argument as may be

4    presented at the hearing on the motion.

5

6    DATED:  February 6, 2006            **LAW OFFICES OF ROBERT L. ARLEO**

7                                    - AND -

8                         **LAW OFFICES OF CHRISTOPHER MONELT**

9

10                                     - AND -

11                        **SCHROTH & SCHROTH**

12

13   By:

14                           ROBERT E. SCHROTH, JR, ESQ.

15                        Attorneys for Plaintiffs, ANDREW T.
                          THOMASSON, REBECCA J. THOMASSON,

16                        MACDONALD P. TAYLOR JR., CHENOA R.
                          TAYLOR, and all others similarly situated

17

18

19

20

21

22

23

24

25

26

27

28

ROBERT L. ARLEO, ESQ. (RA 7506)
**LAW OFFICES OF ROBERT L. ARLEO**
225 East 79th Street, Suite 2B
New York, NY 10021
Telephone: (212) 517-9967
Facsimile: (212) 517-2919

ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
**SCHROTH & SCHROTH, LLC**
2044 First Avenue, Suite 200
San Diego, CA 92101-2079
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

CHRISTOPHER K. MONELT, ESQ. (SBN 224478)
**LAW OFFICES OF CHRISTOPHER K. MONELT**
2044 First Avenue, Suite 200
San Diego, CA 92101-2079
Telephone: (619) 233-8034
Facsimile:  (619) 233-4516

Attorneys for Plaintiffs, ANDREW T.
THOMASSON, REBECCA J. THOMASSON,
MACDONALD P. TAYLOR JR., CHENOA
R. TAYLOR, and all others similarly situated

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON, REBECCA J. THOMASSON, MACDONALD P. TAYLOR JR., and CHENOA R. TAYLOR on behalf of themselves and all others similarly situated, | CASE NO.  05cv940 LAB (CAB) |
| Plaintiffs, | **PROOF OF SERVICE BY U.S. MAIL** |
| vs. | HON. LARRY ALAN BURNS<br>Dept.: Courtroom 9, Second Floor<br>Hearing Date:  April 24, 2006<br>Hearing Time: 10:30 a.m. |
| GC SERVICES LIMITED PARTNERSHIP, and DOES 1 through 25 inclusive, | |
| Defendants. | Complaint Filed:  May 4, 2005 |

/ / /

/ / /

- 5 -

1    I, Christopher C. Saldaña, declare as follows:

2    I am, and was at the time of service of the papers herein referred to, over the age of 18

3    years, and not a party to the action.  I am employed in the County of San Diego, California,

4    within which county the subject service occurred.    My business address is 2044 First Avenue,

5    Suite 200, San Diego, California 92101.    On February 6, 2006, I served the following

6    document(s):

7    **1.    PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE**
         **DEFENDANT GC SERVICES'S AFFIRMATIVE DEFENSES**
8        **PURSUANT TO FED. R. CIV. P. 12(f)**

9    **2.    PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN**
         **SUPPORT OF FED. R. CIV. P. 12(f) MOTION TO STRIKE DEFENDANT**
10       **GC CERVICES'S AFFIRMATIVE DEFENSES**

11   [ XX ]      BY MAIL as follows:

12   [XX]  By placing a copy thereof for delivery by FIRST CLASS MAIL in a separate

13   envelope addressed to each addressee, respectively listed on the attached mailing list.

14   I am readily familiar with the firm's practice of collection and processing

15   correspondence for mailing.  Under that practice, it would be deposited with the United States

16   Postal Service on the same day with postage thereon fully prepaid at San Diego, California, in

17   the ordinary course of business.  I am aware that, on motion of the party served, service is

18   presumptively invalid if the postal cancellation date or postage meter date is more than once day

19   after the date of deposit for mailing in affidavit.

20

21   I declare under penalty of perjury under the laws of the State of California that the

22   foregoing is true and correct.  Executed on this 6th day of February, 2006, at San Diego,

23   California.

24

25

26   Christopher C. Saldaña, J.D.

27

28

- 6 -

1

## **Andrew T. Thomasson, et. al. v. GC Services Limited Partnership**

2

## **United States District Court, Southern District of California,**

3

## **Case No. 05cv940 LAB (CAB)**

4

5

## **SERVICE LIST**

6

7
Attorneys for Defendant

8
GC SERVICES LIMITED PARTNERSHIP

9
COLLIER SHANNON SCOTT, PLLC

Thomas E. Gilbertsen, Esq.

10
3050 K Street, N.W., Suite 400

11
Washington, D.C. 20007-5108

12
WRIGHT & L'ESTRANGE

John H. L'Estrange, Jr., Esq.

13
701 B. Street, Suite 1550

14
San Diego, CA 92101

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -