USDC SCAN INDEX SHEET

















KAJ    8/23/06    7:48

3:05-CV-00940   THOMASSON V. GC SERVICES LTD PRT

*117*

*MEMOPP.*

KELLEY DRYE & WARREN, LLP
Thomas E. Gilbertsen (Pro Hac Vice)
3050 K Street, N.W., Suite 400
Washington, D.C. 20007-5108
Telephone:  (202) 342-8400
Facsimile: (202) 342-8451

WRIGHT & L'ESTRANGE
A Partnership Including
Professional Corporations
  John H. L'Estrange, Jr. (SBN 049594)
701 "B" Street, Suite 1550
San Diego, California 92101
Telephone: (619) 231-4844
Facsimile: (619) 231-6710

[Additional Defense Counsel Listed On Last Page]

Attorneys for Defendant GC Services Limited Partnership

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON, et al., On Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br><br>            Defendant. | CASE NO. 05cv940 LAB (CAB)<br><br>**OPPOSITION OF DEFENDANT GC SERVICES TO PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF RE CLASS CERTIFICATION; OR, IN THE ALTERNATIVE, REQUEST FOR A CONTINUANCE OF HEARING ON CLASS CERTIFICATION**<br><br>JUDGE: Hon. Larry Alan Burns<br>Courtroom 9 |

      Defendant GC SERVICES Limited Partnership ("GC Services"), respectfully submits this opposition to Plaintiff's <u>ex parte</u> application for an order providing leave to plaintiffs to file and serve a supplemental memorandum of points and authorities in support of their motion for class certification.

## PERTINENT FACTS

      On June 30, 2006, Plaintiffs filed their motion for class certification.  The motion is scheduled to be heard on September 11, 2006.

1    On August 16, 2006, Plaintiff served their ex parte application for an order providing

2  leave to file and serve supplemental pleadings in support of their class certification motion.  On

3  August 17, 2006, Plaintiffs served additional pleadings in support of their ex parte application.

4  Prior to August 16 or 17, 2006, GC Services had not been served with any pleadings seeking

5  leave to file supplemental briefing in support of the class certification motion.  The proposed

6  supplemental brief submitted by plaintiffs with their ex parte application addressed two issues:

7    1.    The impact of Kearney v. Solomon Smith Barney, Inc., 34 Cal.4th 95 (2006), on

8  the class certification motion; and

9    2.    Additional information discovered by plaintiffs through their own investigation,

10  after the initial class certification papers were filed on or about June 30, 2006.

11    On the current schedule, GC Services' opposition to Plaintiffs' class certification motion

12  is due on August 28, 2006.  Plaintiffs' ex parte application (and the proposed supplemental brief)

13  were served on GC Services less than 28 days prior to the scheduled hearing on plaintiffs' class

14  certification motion.

15                    **ARGUMENT**

16  A.    **GC Services Will Be Prejudiced If Plaintiffs' Application Is Granted.**

17    About ten days prior to the date GC Services' opposition to plaintiffs' class certification

18  motion must be filed and served, Plaintiffs filed an ex parte application for leave to file an

19  additional 12-page brief in support of their class certification motion.  The supplemental brief is

20  not limited to a discussion regarding the California Supreme Court's decision in Kearney v.

21  Solomon Smith Barney, Inc., 39 Cal.4th 95 (2006).  (Plaintiffs can discuss Kearney in their reply

22  in support of their class certification motion.)  Plaintiffs' real reason for requesting a

23  supplemental brief is to argue facts based on an investigation Plaintiffs' counsel undertook after it

24  filed its class certification motion in June 2006.  That investigation is described in the proposed

25  supplemental brief at pages 7 and 8 and in the declaration of Robert Schroth, Jr., in support of the

26  ex parte application.  Although much of the alleged new evidence is hearsay, GC Services has no

27  way to evaluate and respond to that evidence before its opposition is due on August 28, 2006.

28

2

1       Because of the lack of time to evaluate and respond to plaintiffs' alleged new evidence,

2  GC Services will be prejudiced if plaintiffs' ex parte application is granted.

3  **B.**    **The Proposed Supplemental Brief Violates Local Rule 7.1(e)(1), (4).**

4       Local rule 7.1(e)(1) requires 28-day notice for a motion, if personally served. GC

5  Services was not served with the proposed supplemental brief until August 17, 2006. The hearing

6  on Plaintiffs' class certification motion is scheduled for September 11, 2006. The hearing date is

7  less than 28 days from the date the proposed supplemental brief was served. Given the prejudice

8  to GC Services discussed above, this Court should not permit Plaintiffs to serve the supplemental

9  brief without GC Services having been given adequate notice.

10  **C.**    **Prejudice To GC Services Can Be Cured By A Continuance Of The Hearing On The**

11        **Class Certification Motion.**

12       To properly evaluate and respond to the new evidence submitted by Plaintiffs in support

13  of their class certification motion, GC services may need to take additional discovery. If

14  additional discovery is necessary, GC Services expects it will take at least 90 days to complete the

15  additional discovery. Therefore, GC Services requests a 90-day continuance of the hearing on the

16  class certification motion and the date for it to file its opposition thereto.

17  **CONCLUSION**

18       For the foregoing reasons, GC Services requests that this Court deny plaintiffs' ex parte

19  application for leave to file a supplemental brief. Should this Court grant Plaintiffs' application,

20  GC Services requests a 90-day continuance of the hearing on the class certification motion and

21  the deadline for GC Services to file its opposition thereto.

22                         Respectfully submitted,

23                         KELLEY, DRYE & WARREN
                            WRIGHT & L'ESTRANGE

24                              -and-
                         LEWIS BRISBOIS BISGAARD & SMITH LLP

25                         Attorneys for defendant GC Services
                         Limited Partnership

26

27  Dated: August 21, 2006          By: _____

28                           John H. L'Estrange, Jr.

3

1   R. Gaylord Smith, (SBN 72726)
    Tim J. Vanden Heuvel (SBN 140731)
2   LEWIS BRISBOIS BISGAARD & SMITH LLP
    550 West "C" Street, Suite 800
3   San Diego, California 92101
    Telephone: (619) 233-1006
4   Facsimile:  (619) 233-8627
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**Thomasson, et al. v. GC Services Limited Partnership**
**U.S. District Court, Southern District, Case No. 05cv940 LAB (CAB)**

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 701 "B" Street, Suite 1550, San Diego, California 92101; and that I served the below-named persons the following documents:

**OPPOSITION OF DEFENDANT GC SERVICES TO PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF RE CLASS CERTIFICATION; OR, IN THE ALTERNATIVE, REQUEST FOR A CONTINUANCE OF HEARING ON CLASS CERTIFICATION**

in the following manner:

1. _____    By personally delivering copies to the person served.

2. _____    By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first class mail, postage prepaid) copies to the person served at the place where the copies were left.

3. _____    By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4. _X_____    By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego California on the date of this declaration.

5. _____    By placing a copy in a separate Federal Express envelope, addressed to the addressee(s) named below.  I am readily familiar with the practice of this firm for collection and processing of correspondence for mailing by Federal Express.  Pursuant to this practice, correspondence would be deposited in the Federal Express box located at 701 "B" Street, San Diego, California 92101, in the ordinary course of business on the date of this declaration.

6. _____    By transmitting the document(s) via facsimile on the date of this declaration to the addressee(s) listed below and that the transmission was reported as complete and without error.  The phone number of the transmitting facsimile machine is (619) 231-6710.

7. _X_____    By transmitting the document(s) via e-mail on the date of this declaration, on only those persons as indicated below.

the addressee(s) is (are) as follows:


**Via E-Mail and U.S. Mail**
Robert L. Arleo
LAW OFFICES OF ROBERT L. ARLEO
1375 Broadway, Third Floor
New York, NY 10018
Fax: (212) 517-2919
E-mail:  r.arleo@verizon.net

**Via E-Mail and U.S. Mail**
Robert E. Schroth
Robert E.Schroth, Jr.
2044 First Avenue, Suite 200
San Diego, CA 92101
Fax: (619) 233-4516
E-mail:  robschrothesq@sbcglobal.net

**Via E-Mail and U.S. Mail**
Christopher K. Monelt
LAW OFFICES OF CHRISTOPHER K. MONELT
2044 First Avenue, Suite 200
San Diego, CA 92101
Fax: (619) 233-4516
E-mail:  ckmoneltesq@sbcglobal.net

**Via U.S. Mail**
Thomas E. Gilbertsen (*Pro Hac Vice*)
Dawn Murphy-Johnson (*Pro Hac Vice*)
Daniel S. Blynn (*Pro Hac Vice*)
KELLEY DRYE & WARREN, LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20007-5108
Dblynn@KelleyDrye.com
[Courtesy Copy]

**Via U.S. Mail**
R. Gaylord Smith
Tim J. Vanden Heuvel
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West "C" Street, Suite 800
San Diego, California 92101
vanden@lbbslaw.com
[Courtesy Copy]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 21, 2006, at San Diego, California.


Connie Soto Aguilar

PROOF OF SERVICE