Case 3:05-cv-00940-JAH -CAB   Document 123   Filed 08/23/06   Page 1 of 3
USDC SCAN INDEX SHEET

















KAJ     8/24/06    11:28
3:05-CV-00940    THOMASSON V. GC SERVICES LTD PRT
*123*
*O.*

/13/20



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON, REBECCA J. THOMASSON, MACDONALD P. TAYLOR JR., and CHENOA R. TAYLOR, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, and DOES 1 through 25, inclusive,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 05cv0940-LAB (CAB)<br><br>ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND CONTINUING CLASS CERTIFICATION HEARING<br><br>[Dkt No. 112] |

　　　This matter is before the court on plaintiffs' *Ex Parte* Application For Leave To File Supplemental Brief Re Class Certification in this putative class action alleging fair debt collection and privacy violations. The class certification hearing is presently calendared for September 11, 2006. The grounds for the requested relief are a recent ruling by the California Supreme Court deciding issues pertinent to the resolution of claims in this case and plaintiffs' representations they have developed additional evidence bearing on class certification from an investigation conducted after they filed their moving papers on June 30, 2006.

　　　Defendant GC Services objects to any supplemental briefing and the introduction of new evidence so close to its August 28, 2006 deadline to file Opposition to the Class Certification motion. Defendant predicts that it may need to conduct additional discovery based on the new evidence

-1-

05cv0940

1  plaintiffs have purportedly developed, and would need approximately 90 days to complete it.
2  Defendant proposes the court either deny the *Ex Parte* Application or continue the hearing of the Class
3  Certification motion.
4        In addition to the Class Certification Motion hearing, plaintiffs' Motion For Leave To File
5  Second Amended Complaint is also scheduled for hearing on September 11, 2006. In consideration
6  of the effect an amended pleading may have on class certification issues and arguments, if leave is
7  granted, and in light of the new legal authority and evidence both sides will need the opportunity to
8  address, **IT IS HEREBY ORDERED:**
9      1.    Plaintiffs' *Ex Parte* Application for leave to file supplemental briefing in support of
10 their Class Certification Motion is **DENIED**.
11     2.    The Class Certification hearing presently calendared for September 11, 2006, and the
12 associated briefing schedule, are *vacated*.
13     3.    The Motion For Leave To File Second Amended Complaint remains calendared for
14 September 11, 2006.
15     4.    A new hearing date and associated briefing schedule for the Class Certification hearing
16 (including authorization for plaintiff to file an Amended And Superseding Points And Authorities in
17 support of class certification) will be set in the Order deciding the amended pleading motion.

**IT IS SO ORDERED.**

DATED: 8-23-06

HONORABLE LARRY ALAN BURNS
United States District Judge

cc: MAGISTRATE JUDGE CATHY ANN BENCIVENGO
ALL COUNSEL OF RECORD

- 2 -

05cv0940