ORIGINAL

1
KELLEY DRYE & WARREN, LLP
Thomas E. Gilbertsen (Pro Hac Vice)
2
Daniel S. Blynn (Pro Hac Vice)
Dawn Murphy-Johnson (Pro Hac Vice)
3
3050 K Street, N.W., Suite 400
Washington, D.C. 20007-5108
4
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
5

WRIGHT & L'ESTRANGE
6
A Partnership Including
Professional Corporations
7
  John H. L'Estrange, Jr. (SBN 049594)
401 West A Street, Suite 2250
8
San Diego, California 92101
Telephone: (619) 231-4844
9
Facsimile: (619) 231-6710

10
[Additional Defense Counsel Listed On Last Page]

11
Attorneys for Defendant GC Services Limited Partnership





12
13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

14

15
ANDREW T. THOMASSON, et al., On
Behalf of Himself and All Others Similarly
Situated,
16

Plaintiffs,
17
v.

18
GC SERVICES LIMITED
PARTNERSHIP,
19

20
Defendant.
21

22

)  CASE NO. 05cv940 LAB (CAB)
)
)  **DISCOVERY MATTER**
)
)  **AMENDED NOTICE OF MOTION AND**
)  **MOTION BY DEFENDANT GC**
)  **SERVICES, LP FOR A LIMIT ON**
)  **COMMUNICATIONS WITH PUTATIVE**
)  **CLASS MEMBERS AND FOR**
)  **SANCTIONS**
)
)  DATE: November 20, 2006
)  TIME:  10:30 a.m.
)  JUDGE: Hon. Larry Alan Burns
)

23
TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

24
    PLEASE TAKE NOTICE that at the above date, time and place, Defendant GC Services

25
Limited Partnership ("GC Services") will, and hereby does, move this Court pursuant to Federal

26
Rule of Civil Procedure 23(d) for an order (1) to limit communications with putative class

27
members and (2) for sanctions against plaintiff Andrew Thomasson and his lawyers Robert

28
Arleo and Robert Schroth, Jr.; and pursuant to 28 U.S.C. § 1927 for the imposition of sanctions.

Specifically, GC Services requests an order from this Court.

1.     That requires plaintiffs' counsel to produce a log identifying those putative class members with whom plaintiff Andrew Thomasson and his lawyers have communicated, detailing the substance of each communication, and to produce all documents relating to those communications;

2.     That requires plaintiff Andrew Thomasson and his lawyers to take down all internet postings about this litigation and replace them with a curative statement approved by this Court; and produce all documents that relate to inquiries received from these postings;

3.     That requires plaintiff Andrew Thomason and his lawyers to issue a corrective notice to all to all putative class members previously contacted, in a form approved by the Court;

4.     That requires plaintiffs Andrew Thomasson and his lawyers to forego all future communications and solicitations with putative class members unless Court approval is sought and obtained.

5.     That revokes the *pro hac vice* admission of New York attorney Robert L. Arleo; and

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

2

6.    That sanctions the plaintiff Andrew Thomasson and his lawyers Robert L. Arleo and Robert Schroth, Jr. in an amount equal to the unnecessary legal fees that GC Services incurred responding to abusive discovery that is "beyond the limits of the federal rules."

This motion is based on the amended notice and motion, the declarations of Thomas E. Gilbertsen and Tim J. Vanden Heuval, and the memorandum of points and authorities filed concurrently.

Dated: September12, 2006

KELLEY, DRYE & WARREN, LLP
WRIGHT & L'ESTRANGE
-and-
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorneys for defendant GC Services
Limited Partnership

By: _____
John H. L'Estrange, Jr.

**ADDITIONAL DEFENSE COUNSEL**

R. Gaylord Smith, (SBN 72726)
Tim J. Vanden Heuvel (SBN 140731)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile (619) 233-8627