1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON; and REBECCA J. THOMASSON, on behalf of themselves and others similarly situated,<br><br>                                        Plaintiffs,<br><br>              v.<br><br>GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 25, inclusive,<br><br>                                        Defendants. | Civil No.    05cv0940-LAB (CAB)<br><br>**ORDER REGARDING PLAINTIFFS' DECLARATION REGARDING SANCTIONS**<br><br>**[Doc. No. 126]** |

18   On August 31, 2006, the Court issued an Order granting Plaintiffs' Motion to Compel certain
19 depositions and issuing sanctions against Defendant with regard to the same. [Doc. No. 126.] The
20 Court directed Plaintiffs' counsel submit a declaration regarding the fees incurred in preparing the
21 motion to aid in the determination of an appropriate sanction. Counsel submitted their declarations on
22 September 18, 2006. [Doc. No. 134.] Defendant opposed the amount requested by Plaintiff's counsel
23 and submitted an opposition on September 21, 2006.
24   The declarations submitted by Plaintiffs' counsel claim an amount in excess of $23,000 to
25 prepare the discovery motion. The Court finds this amount unreasonable. This was a simple and
26 straight forward motion that could have been prepared by a junior associate. Plaintiffs submitted a claim
27 of over 47 hours billed at $500 an hour for the motion. Given the nature of the motion, the Court deems
28 a fee of half the time at half the price would be reasonable. Therefore, Defendant and its counsel shall

pay a discovery sanction in the amount of $6,000 to Plaintiffs no later than **October 6, 2006**.

    **IT IS SO ORDERED.**

DATED: September 26, 2006

                                   **CATHY ANN BENCIVENGO**
                                   United States Magistrate Judge