| | |
|---|---|
| 1 | KELLEY DRYE & WARREN, LLP |
| | Thomas E. Gilbertsen (*Pro Hac Vice*) |
| 2 | Dawn Murphy-Johnson (*Pro Hac Vice*) |
| | Daniel S. Blynn (*Pro Hac Vice*) |
| 3 | 3050 K Street, N.W., Suite 400 |
| | Washington, D.C. 20007-5108 |
| 4 | Telephone: (202) 342-8400 |
| | Facsimile: (202) 342-8451 |
| 5 | |
| | WRIGHT & L'ESTRANGE |
| 6 | A Partnership Including |
| | Professional Corporations |
| 7 |   John H. L'Estrange, Jr. (SBN 049594) |
| | 701 B Street, Suite 1550 |
| 8 | San Diego, California 92101 |
| | Telephone: (619) 231-4844 |
| 9 | Facsimile: (619) 231-6710 |
| 10 | [Additional Defense Counsel Listed on Last Page] |
| 11 | Attorneys for Defendant GC Services Limited Partnership |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON, and MARY JO MIAL, On Behalf of Themselves and All Others Similarly Situated, | CASE NO. 3:05cv940 LAB (CAB) |
| Plaintiffs, | **STIPULATION TO FILE DOCUMENTS UNDER SEAL; AND ORDER THEREON** |
| v. | |
| GC SERVICES LIMITED PARTNERSHIP, and DOES 1 through 25, inclusive, | |
| Defendants. | |

### FACTS

1. In support of its motion for summary judgment, defendant GC Services Limited Partnership ("GC Services") will be relying on the transcripts of the depositions of Andrew Thomasson, Dennis Wojcicki, Ricardo MaFarlane, Albert Macias and Cassandra Stevens. Those transcripts are designated "Confidential" or "Confidential – Attorneys Eyes Only" pursuant to the March 2, 2006 Protective Order in this case.

2. Also in support of its motion for summary judgment, GC Services will be relying on the declaration of Dennis Wojcicki. That declaration will be designated "Confidential" or "Confidential-Attorneys' Eyes Only" pursuant to the March 2, 2006 Protective Order.

3. Also in support of its motion for summary judgment, GC Services will be relying on certain responses to discovery in this case. Those responses are designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the March 2, 2006 Protective Order in this case.

4. Also in support of its motion for summary judgment, GC Services will be relying on certain training materials (GC 04621-4664) designated "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the March 2, 2006 Protective Order in this case.

5. GC Services' memorandum in support of its motion for summary judgment will also make reference to the testimony and documents described above that is or will be designated "Confidential" or "Confidential—Attorneys' Eyes Only."

6. The Protective Order provides that no "Confidential" or "Confidential – Attorneys' Eyes Only" material shall be filed in the public record in this action.

7. For purposes of GC Services' motion for summary judgment, the parties (through their respective counsel of record) stipulate that GC Services may file the transcripts of the depositions of Thomasson, McFarlane, Macias, Stevens, and Wojcicki; the Wojcicki declaration; the related document and memorandum; and the discovery responses, under seal. This stipulation is without prejudice to any party making a claim later that all or any part of the transcripts, declaration, or document should not be designated "Confidential" or "Confidential – Attorneys' Eyes Only."

## STIPULATION

Based on the foregoing facts, the parties, through their counsel, stipulate that for purposes of GC Services' motion for summary judgment, GC Services may file the Thomasson, McFarlane, Macias, Stevens and Wojcicki deposition transcripts; the Wojcicki declaration; the related document and memorandum; and the discovery responses, under seal.

**IT IS SO STIPULATED FOR PLAINTIFFS:**

        SCHROTH & SCHROTH, LLC
        -and-
        LAW OFFICES OF ROBERT L. ARLEO
        Attorneys for Plaintiffs Andrew T. Thomasson, Rebecca J. Thomasson

Dated: September 25, 2006    By: _____
                                              One of Plaintiffs' Attorneys

**IT IS SO STIPUALTED FOR DEFENDANT:**

        KELLEY DRYE & WARREN, LLP
        WRIGHT & L'ESTRANGE AND
        LEWIS BRISBOIS BISGAARD & SMITH, LLP
        Attorneys for Defendant GC Services Limited Partnership

Dated: September 25, 2006    By: _____
                                              John H. L'Estrange, Jr.

[Additional Counsel for Defendant]

R. Gaylord Smith, (SBN 72726)
Tim J. Vanden Heuvel (SBN 140731)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

**ORDER**

IT IS SO ORDERED, pursuant to the Protective Order entered in this matter. Parties to provide chambers with one set of exhibits, marked "Confidential," as needed to decide the motion.

Dated: 9-26-06        _____
                              Judge of the District Court
                              **LARRY ALAN BURNS**