UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON; and REBECCA J. THOMASSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 25, inclusive,<br><br>Defendants. | Civil No.   05cv0940-LAB (CAB)<br><br><br><br>**ORDER MODIFYING PREVIOUS ORDER**<br><br>**[Doc. No. 161]** |

On November 7, 2006, the Court issued a Discovery Order that in part addressed the depositions of two managers of Defendant GC Services and the production of phone numbers for GC Services' former employees. [Doc. No. 161.] Subsequent to the Court's Order, Defendant submitted additional briefing on these topics and a request the Court reconsider the Order.

With regard to the matter of the depositions of two additional GC Services managers to be held post the discovery cutoff, the Order stands. Although it appears that Plaintiffs were not diligent in pursuing this discovery or examining information in their possession to timely notice these depositions, Plaintiffs will be afforded this final opportunity to take formal discovery to support their claims.

With regard to the production of the phone numbers of Defendant's former employees, the Court MODIFIES its previous Order. Defendant produced the names and last known addresses of approximately 22,000 individuals on September 15, 2006. Defendant represented the database from which the names were generated does not contain phone numbers, so no phone numbers were included

1  in the production.  The production of last known phone numbers for these 22,000 former employees will
2  require a manual search in archived files to determine whether phone numbers of these former
3  employees are available.  Such a search will be extremely burdensome and may be of very limited value
4  as the data, if available, will in many cases be stale.
5        Plaintiffs want the information to facilitate their ability to contact some number of these 22,000
6  former employees to further investigate Defendant's business practices at issue in the litigation.
7  Considering the competing interests and burdens on each party, Plaintiffs may obtain the phone numbers
8  of the former employees **at their expense**.  Defendant will provide Plaintiffs with an estimate of the cost
9  of completing the search (the estimated hours involved and hourly rate) no later than **November 14,**
10 **2006**, so Plaintiffs may determine if they wish to proceed with the search.
11       **IT IS SO ORDERED.**

DATED:  November 9, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge