MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case:  Thomasson v. CG Services                    Case No: 05cv0940-LAB (CAB)

HON. Larry A. Burns            CT. DEPUTY Tisha Washam            Rptr.

                              Present

Plaintiff(s):   No appearance.

Defendant(s):   No appearance.


Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented by defendant's Motion For A Limit On Communications With Putative Class Members And For Sanctions appropriate for decision on the papers and without oral argument. Accordingly, the matter is under submission, and the hearing presently scheduled for November 20, 2006 is *off-calendar*. In reviewing the pleadings and record in this case, the court is disturbed by what it considers unnecessary and gratuitous *ad hominem* arguments made by counsel. Counsel are hereby admonished to refrain from making unprofessional, acrimonious allegations against one another in all future filings in this case. The court will not hesitate to impose personal, monetary sanctions if such unprofessional behavior is repeated.

DATED:  November 14, 2006          **IT IS SO ORDERED.**

                                   *Larry A. Burns*

                                   **HONORABLE LARRY ALAN BURNS**
                                   United States District Judge