KELLEY DRYE & WARREN, LLP
Thomas E. Gilbertsen (*Pro Hac Vice*)
Daniel S. Blynn (*Pro Hac Vice*)
Dawn Murphy-Johnson (*Pro Hac Vice*)
3050 K Street, N.W., Suite 400
Washington, D.C. 20007-5108
Telephone: (202) 342-8400
Facsimile: (202) 342-8451

WRIGHT & L'ESTRANGE
A Partnership Including
Professional Corporations
John H. L'Estrange, Jr. (SBN 049594)
401 West A Street,. Suite 2250
San Diego, California 92101
Telephone: (619) 231-4844
Facsimile: (619) 231-6710

[Additional Defense Counsel Listed On Last Page]

Attorneys for Defendant GC Services Limited Partnership

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON, et al., On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | CASE NO. 05cv940 LAB (CAB)<br><br>**REPLY DECLARATION OF DENNIS WOJCICKI AUTHENTICATING DOCUMENTS SUBMITTED IN SUPPORT OF GC SERVICES LP'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: November 27, 2006<br>TIME: 10:30 a.m.<br>JUDGE: Larry Alan Burns<br><br>[Docket No. 144] |

I, Dennis Wojcicki, declare as follows:

1. My name is Dennis Wojcicki and I serve as Senior Vice President of GC Services LP ("GC Services"), defendant in the above-captioned case. I have been employed by GC Services since 1983. I am over the age of twenty-one and make this declaration based on my personal knowledge in support of GC Services' motion for summary judgment.

2. On or about September 28, 2006, GC Services filed its motion for summary judgment.

3. Attached to the declaration of John H. L'Estrange, Jr., one of GC Services' attorneys, in support thereof as Exhibit "8" is a true and correct copy of a document entitled, "Adhering to Federal and State Laws: Participant's Guide" (Bates pages GC04621-64), which was maintained and used by GC Services for training purposes in the ordinary course of its business.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief on this 17th day of November, 2006.

Dennis Wojcicki

**ADDITIONAL DEFENSE COUNSEL**

R. Gaylord Smith, (SBN 72726)
Tim J. Vanden Heuvel (SBN 140731)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile (619) 233-8627