1    KELLEY DRYE & WARREN, LLP
     Thomas E. Gilbertsen (*Pro Hac Vice*)
2    Daniel S. Blynn (*Pro Hac Vice*)
     Dawn Murphy-Johnson (*Pro Hac Vice*)
3    3050 K Street, N.W., Suite 400
     Washington, D.C. 20007-5108
4    Telephone: (202) 342-8400
     Facsimile: (202) 342-8451
5
     WRIGHT & L'ESTRANGE
6    A Partnership Including
     Professional Corporations
7      John H. L'Estrange, Jr. (SBN 049594)
     401 West A Street, Suite 2250
8    San Diego, California 92101
     Telephone: (619) 231-4844
9    Facsimile: (619) 231-6710

10   [Additional Defense Counsel Listed On Last Page]

11   Attorneys for Defendant GC Services Limited Partnership

12                    UNITED STATES DISTRICT COURT
13                  SOUTHERN DISTRICT OF CALIFORNIA
14

15   ANDREW T. THOMASSON, et al., On      )  CASE NO. 05cv940 LAB (CAB)
     Behalf of Themselves and All Others  )
16   Similarly Situated,                  )  **DECLARATION OF JOHN H.**
                                          )  **L'ESTRANGE, JR., IN SUPPORT OF GC**
17                      Plaintiffs,        )  **SERVICES OPPOSITION TO**
     v.                                    )  **PLAINTIFFS' *EX PARTE***
                                          )  **APPLICATION FOR LEAVE TO FILE**
18   GC SERVICES LIMITED                  )  **AND SERVE SUPPLEMENTAL POINTS**
     PARTNERSHIP,                         )  **AND AUTHORITIES AND EVIDENCE**
19                                         )  **IN SUPPORT OF THEIR OPPOSITION**
                        Defendant.         )  **TO DEFENDANT'S MOTION FOR**
20                                         )  **SUMMARY JUDGMENT**
                                          )
21                                         )  JUDGE: Hon. Larry A. Burns
                                          )  Courtroom 9
22   ────────────────────────────────────

23

24       **EXHIBITS "A" AND "L" TO THIS DECLARATION FILED UNDER SEAL**

25       I, John H. L'Estrange, Jr., hereby declare as follows:

26       1.      My name is John H. L'Estrange, Jr., and I am counsel to Defendant GC Services

27   LP ("GC Services"), in the above-captioned matter.  I am over the age of twenty-one and am

28

competent to execute this declaration, which is based upon my personal knowledge and information.

2.    On December 21, 2006, plaintiffs' counsel Robert Schroth, Jr. took the deposition of one of GC Services' managers, Jason Swaney. At the conclusion of that deposition, Mr. Schroth asked to continue the deposition of Bernardine Crisp, which was scheduled to go forward the following day, because he was feeling sick. Mr. Schroth offered to reschedule it after January 1, 2007.

3.    Ms. Crisp's deposition took place on January 30, 2006.

4.    After plaintiffs' filed their *ex parte* application for leave to file supplemental points and authorities and evidence in support of their opposition to GC Services' motion for summary judgment (Docket No. 179) on February 13, 2007, my co-counsel, Daniel Blynn, called Lexis-Nexis to inquire when *Capicchioni v. Americredit Fin. Servs.*, 2006 U.S. Dist. LEXIS 81778 (S.D. Cal. Nov. 7, 2006) became commercially available through its database. On February 14, 2007, a Lexis-Nexis representative named "Denise" left a message on Mr. Blynn's voicemail stating that *Capicchioni* was loaded onto Lexis-Nexis and became available on November 10, 2006.

5.    Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Dennis Wojcicki dated June 8, 2006.

6.    Attached hereto as Exhibit B is a true and correct copy of the November 27, 2006 Notice of Deposition of Jason Swainey [sic] served by plaintiffs.

7.    Attached hereto as Exhibit C is a true and correct copy of a November 1, 2006 email from Robert Schroth to GC Services' counsel.

8.    Attached hereto as Exhibit D is a true and correct copy of the November 22, 2006 Notice of Deposition of Bernardine Crisp served by plaintiffs.

2

9.    Attached hereto as Exhibit E is a true and correct copy of a December 6, 2006 email from Robert Schroth to me.

10.    Attached hereto as Exhibit F is a true and correct copy of a December 8, 2006 email from me to Robert Schroth and my co-counsel, Thomas Gilbertsen, Daniel Blynn, and Tim Vanden Heuvel.

11.    Attached hereto as Exhibit G is a true and correct copy of a December 22, 2006 email from me to Robert Schroth.

12.    Attached hereto as Exhibit H is a true and correct copy of a January 2, 2007 email from me to Robert Schroth.

13.    Attached hereto as Exhibit I is a true and correct copy of a January 3, 2007 email from Robert Schroth to me.

14.    Attached hereto as Exhibit J is a true and correct copy of a January 4, 2007 email from me to Robert Schroth.

15.    Attached hereto as Exhibit K is a true and correct copy of a January 16, 2007 email from me to Robert Schroth.

16.    Attached hereto as Exhibit L is a true and correct copy of excerpts from the deposition of Jeffery Bond dated November 10, 2007.

17.    Attached hereto as Exhibit M is a true and correct copy of a November 7, 2006 letter from Robert Schroth to Magistrate Judge Bencivengo.

I hereby affirm, under penalty of perjury, that the foregoing is true and correct on this 16th day of February, 2007.

s/John H. L'Estrange, Jr.
Attorney for Defendant GC Services, LP
jlestrange@wllawsd.com

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ADDITIONAL DEFENSE COUNSEL**
R. Gaylord Smith, (SBN 72726)
Tim J. Vanden Heuvel (SBN 140731)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile (619) 233-8627

4

EXHIBIT LIST

| | | |
|---|---|---|
| A | Excerpts from the deposition of Dennis Wojcicki dated June 8, 2006 | Page 1-2 |
| B | November 27, 2006 Notice of Deposition of Jason Swainey [sic] served by plaintiffs | Page 3-8 |
| C | November 1, 2006 email from Robert Schroth to GC Services' counsel | Page 9 |
| D | November 22, 2006 Notice of Deposition of Bernardine Crisp served by plaintiffs | Page 10-15 |
| E | December 6, 2006 email from Robert Schroth to John H. L'Estrange, Jr. | Page 16 |
| F | December 8, 2006 email from John H. L'Estrange, Jr., to Robert Schroth and co-counsel, Thomas Gilbertsen, Daniel Blynn, and Tim Vanden Heuvel | Page 17 |
| G | December 22, 2006 email from John H. L'Estrange to Robert Schroth | Page 18 |
| H | January 2, 2007 email from John H. L'Estrange to Robert Schroth | Page 19 |
| I | January 3, 2007 email from Robert Schroth to John H. L'Estrange, Jr. | Page 20 |
| J | January 4, 2007 email from John H. L'Estrange, Jr., to Robert Schroth | Page 21 |
| K | January 16, 2007 email from John H. L'Estrange, Jr., to Robert Schroth | Page 22 |
| L | Excerpts from the deposition of Jeffery Bond dated November 10, 2007 | Page 23-25 |
| M | November 7, 2006 letter from Robert Schroth to Magistrate Judge Bencivengo | Page 30-32 |

5

ROBERT L. ARLEO, ESQ. (Pro Hac Vice)
**LAW OFFICES OF ROBERT L. ARLEO**
1375 Broadway, Third Floor
New York, New York 10018
Telephone: (646) 278-5648
E-Mail: r.arleo@verizon.net

ROBERT E. SCHROTH SR., ESQ. (SBN 103063)
ROBERT E. SCHROTH JR., ESQ. (SBN 212936)
**SCHROTH & SCHROTH**
2044 First Avenue, Suite 200
San Diego, CA 92101-2079
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

[Additional Plaintiffs' counsel listed on last page]

Attorneys for Plaintiffs, ANDREW T.
THOMASSON, REBECCA J. THOMASSON,
and all others similarly situated

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON, REBECCA J. THOMASSON, MACDONALD P. TAYLOR JR., and CHENOA R. TAYLOR on behalf of themselves and all others similarly situated, | CASE NO.  05cv940 LAB (CAB) |
| Plaintiffs, | **NOTICE OF DEPOSITION ON ORAL EXAMINATION FOR JASON SWAINEY** |
| vs. | DATE:   December 15, 2006 |
| | TIME:   10:00 a.m. |
| GC SERVICES LIMITED PARTNERSHIP, and DOES 1 through 25 inclusive, | PLACE:  Schroth & Schroth |
| | 2044 First Avenue, Suite 200 |
| Defendants. | San Diego, California 92101 |

TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs ANDREW T. THOMASSON and REBECCA J. THOMASSON (hereinafter "Plaintiffs") will take the deposition on oral examination of JASON SWAINEY, a

-1-

1   natural person who, during the time period relevant to the above-entitled action, was employed

2   as a manager by the Defendant GC SERVICE LIMITED PARTNERSHIP (hereinafter

3   "Defendant" or "GC SERVICES").  Said deposition will take place on December 15, 2006, at

4   the offices of Schroth & Schroth, 2044 First Avenue, Suite 200, San Diego, California 92101,

5   commencing at 10:00 a.m.

6       The deposition of JASON SWAINEY will be taken before a certified shorthand reporter,

7   notary public, or other deposition officer who is authorized to administer an oath.  If the

8   deposition is not completed on the date specified in this notice, the taking of the deposition will

9   be continued from day to day thereafter, except for Sundays and holidays, until completed.

10      PLEASE TAKE FURTHER NOTICE that the deposition of JASON SWAINEY will

11  concern all of the relevant facts and circumstances giving rise to the legal claims and issues

12  alleged in Plaintiffs' First Amended Complaint including, but not limited to, the monitoring and

13  recording of telephone communications, which occur and have occurred between persons

14  employed by GC SERVICES and persons located in any and all of the United States, the

15  devices employed by GC SERVICES to monitor and record telephone communications, the

16  methods employed by GC SERVICES to monitor and record telephone communications and the

17  uses of the interceptions and the like, and the equipment used by GC SERVICES to monitor and

18  record telephone communications.

19      The deposition of JASON SWAINEY will also concern all of the relevant facts and

20  circumstances giving rise to each of the affirmative defenses alleged by Defendant GC

21  SERVICES in its Answer to Plaintiffs' First Amended Complaint.

22      So far as known to the deposing party, the deponent's address and telephone number are

23  as follows:

24          c/o John H. L'Esrange Jr., Esq.
            WRIGHT & L'ESTRANGE
25          401 West "A" Street, Suite 2250
            San Diego, CA 92101
26          Telephone: (619) 231-4844
            Facsimile:   (619) 231-6710
27

28  ///

-2-

1      PLEASE TAKE FURTHER NOTICE that Robert L. Arleo, Esq. will appear

2 telephonically at the deposition.

3      YOU ARE FURTHER NOTIFIED that Plaintiffs intend to cause the deposition

4 proceedings of JASON SWAINEY to be recorded both stenographically and by videotape.

5      A list of all parties or attorneys for parties on whom this notice of deposition is being

6 served is shown on the accompanying proof of service.

7

8 DATED: November 27, 2006         **SCHROTH & SCHROTH**
                                            **LAW OFFICES OF ROBERT L. ARLEO**

9                                             **LAW OFFICES OF CHRISTOPHER MONELT**

10                                               -and-
                                            **SHEWRY & VAN DYKE, LLP**

11                                             Attorneys for Plaintiffs, ANDREW T.
                                            THOMASSON, REBECCA J. THOMASSON,

12                                             and all others similarly situated

13

14

15                           By: _____
                              ROBERT E. SCHROTH, JR, ESQ.

16

17

18 ADDITIONAL PLAINTIFFS COUNSEL:

19

20 CHRISTOPHER K. MONELT, ESQ. (SBN 224478)
**LAW OFFICES OF CHRISTOPHER K. MONELT**

21 2044 First Avenue, Suite 200
San Diego, CA 92101-2079

22 Telephone: (619) 233-8034
Facsimile: (619) 233-4516

23

24 STEVEN M. SHEWRY, ESQ. (SBN 106333)
MICHELLE L. VAN DYKE, ESQ. (SBN 171477)

25 **SHEWRY & VAN DYKE, LLP**
402 West Broadway, Suite 810

26 San Diego, CA 92101-8504
Telephone: (619) 236-9864

27 Facsimile: (619) 233-1002

28

-3-

1  ROBERT L. ARLEO, ESQ. (Pro Hac Vice)
   **LAW OFFICES OF ROBERT L. ARLEO**
2  1375 Broadway, Third Floor
3  New York, New York 10018
   Telephone: (646) 278-5648
4  E-Mail: r.arleo@verizon.net

5  ROBERT E. SCHROTH SR., ESQ. (SBN 103063)
6  ROBERT E. SCHROTH JR., ESQ. (SBN 212936)
   **SCHROTH & SCHROTH**
7  2044 First Avenue, Suite 200
   San Diego, CA 92101-2079
8  Telephone: (619) 233-7521
9  Facsimile: (619) 233-4516

10 [Additional Plaintiffs' counsel listed on last page]

11
   Attorneys for Plaintiffs, ANDREW T.
12 THOMASSON, REBECCA J. THOMASSON,
   and all others similarly situated
13

14 **UNITED STATES DISTRICT COURT**

15 **SOUTHERN DISTRICT OF CALIFORNIA**

16 | ANDREW T. THOMASSON, REBECCA J. ) CASE NO. 05cv940 LAB (CAB)
17 THOMASSON, MACDONALD P. TAYLOR )
   JR., and CHENOA R. TAYLOR on behalf of )
18 themselves and all others similarly situated, )
                                              )
19              Plaintiffs,                    ) **PROOF OF SERVICE BY U.S. MAIL**
                                              )
20       vs.                                   ) DATE:   December 15, 2006
                                              ) TIME:   9:30 a.m.
21 GC SERVICES LIMITED PARTNERSHIP,           ) PLACE: Schroth & Schroth
   and DOES 1 through 25 inclusive,           )         2044 First Avenue, Suite 200
22                                             )         San Diego, California 92101
           Defendants.                         )
23 _____ )

24       I, Noreen Santz, declare as follows:

25       I am, and was at the time of service of the papers herein referred to, over the age of 18

26 years, and not a party to the action.  I am employed in the County of San Diego, California,

27 within which county the subject service occurred.   My business address is 2044 First Avenue,

28 Suite 200, San Diego, California 92101.

-4-

1    On November 28, 2006, I served the following document(s):

2

3    **1.    NOTICE OF DEPOSITION ON ORAL EXAMINATION FOR JASON SWAINEY**

4    [ XX ]    BY MAIL as follows:

5    [XX]    By placing a copy thereof for delivery by FIRST CLASS MAIL in a separate

6    envelope addressed to each addressee, respectively listed on the attached mailing list.

7    I am readily familiar with the firm's practice of collection and processing

8    correspondence for mailing. Under that practice, it would be deposited with the United States

9    Postal Service on the same day with postage thereon fully prepaid at San Diego, California, in

10    the ordinary course of business. I am aware that, on motion of the party served, service is

11    presumptively invalid if the postal cancellation date or postage meter date is more than once day

12    after the date of deposit for mailing in affidavit.

13    I declare under penalty of perjury under the laws of the State of California that the

14    foregoing is true and correct. Executed on this 28th day of November, 2006, at San Diego,

15    California.

16

17    _____

18    Noreen Santz

19    ADDITIONAL PLAINTIFFS COUNSEL:

20

21    CHRISTOPHER K. MONELT, ESQ. (SBN 224478)
      **LAW OFFICES OF CHRISTOPHER K. MONELT**

22    2044 First Avenue, Suite 200
      San Diego, CA 92101-2079

23    Telephone: (619) 233-8034
      Facsimile: (619) 233-4516

24

25    STEVEN M. SHEWRY, ESQ. (SBN 106333)
      MICHELLE L. VAN DYKE, ESQ. (SBN 171477)

26    **SHEWRY & VAN DYKE, LLP**
      402 West Broadway, Suite 810

27    San Diego, CA 92101-8504
      Telephone: (619) 236-9864

28    Facsimile: (619) 233-1002

-5-

1

**Andrew T. Thomasson, _et. al._ v. GC Services Limited Partnership, _et. al._**
**United States District Court, Southern District of California,**
**Case No. 05cv940 LAB (CAB)**

2

3

4

**SERVICE LIST**

5

6   Attorneys for Defendant
    GC SERVICES LIMITED PARTNERS
7

8   LEWIS, BRISBOIS, BISGAARD & SMITH, L.L.P.
    Tim J. Vanden Heuvel, Esq.
9   R. Gaylord Smith, Esq.
    550 West "C" Street, Suite 800
10  San Diego, CA 92101-3540
    Facsimile:  (619) 233-8627
11

12

13  KELLEY DRYE & WARREN, L.L.P.
    Thomas E. Gilbertsen, Esq.
14  Dawn Murphy-Johnson, Esq.
    Daniel S. Blynn, Esq.
15  3050 K Street, N.W., Suite 400
    Washington, D.C. 20007-5108
16  Facsimile:  (202) 342-8451

17

18  WRIGHT & L'ESTRANGE
    John H. L'Estrange Jr., Esq.
19  401 West "A" Street, Suite 2250
    San Diego, CA 92101
20  Facsimile:  (619) 231-6710

21

22

23

24

25

26

27

28

-----Original Message-----
**From:** Robert schroth [mailto:robschrothesq@sbcglobal.net]
**Sent:** Wednesday, November 01, 2006 2:19 PM
**To:** dblynn@Kelleydrye.com; DMurphy-Johnson@KelleyDrye.com; John L'Estrange;
TGilbertsen@Kelleydrye.com; vanden@lbbslaw.com
**Subject:** Re: Depo of Bernadine Crisp

Dear John,

Can you provide me with dates to take the deposition Bernadine Crisp.  I would
also like to take the deposition of Keith Marshal Mckensie if he is still around, so I
would like dates for him as well.

thanks Rob


Robert E. Schroth Jr., Esq.
SCHROTH & SCHROTH
2044 First Ave., Ste 200
San Diego, CA 92101
619-233-7521
Fax: 619-233-4516

This e-mail is sent by a law firm and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and any
attachments without reading, printing, copying or forwarding it, and please notify
us.


Robert E. Schroth Jr., Esq.
SCHROTH & SCHROTH
2044 First Ave., Ste 200
San Diego, CA 92101
619-233-7521

1   ROBERT L. ARLEO, ESQ. (Pro Hac Vice)
    **LAW OFFICES OF ROBERT L. ARLEO**
2   1375 Broadway, Third Floor
3   New York, New York 10018
    Telephone: (646) 278-5648
4   E-Mail: r.arleo@verizon.net

5   ROBERT E. SCHROTH SR., ESQ. (SBN 103063)
6   ROBERT E. SCHROTH JR., ESQ. (SBN 212936)
    **SCHROTH & SCHROTH**
7   2044 First Avenue, Suite 200
8   San Diego, CA 92101-2079
    Telephone: (619) 233-7521
9   Facsimile: (619) 233-4516

10  [Additional Plaintiffs' counsel listed on last page]

11  Attorneys for Plaintiffs, ANDREW T.
12  THOMASSON, REBECCA J. THOMASSON,
    and all others similarly situated
13

14              **UNITED STATES DISTRICT COURT**

15             **SOUTHERN DISTRICT OF CALIFORNIA**

16

17  ANDREW T. THOMASSON, REBECCA J.    ) CASE NO.  05cv940 LAB (CAB)
    THOMASSON, MACDONALD P. TAYLOR     )
18  JR., and CHENOA R. TAYLOR on behalf of )
    themselves and all others similarly situated, ) **NOTICE OF DEPOSITION ON ORAL**
19                                      ) **EXAMINATION FOR BERNARDINE**
               Plaintiffs,             ) **CRISP**
20                                      )
             vs.                        )
21                                      ) DATE:   December 14, 2006
    GC SERVICES LIMITED PARTNERSHIP,    ) TIME:   10:00 a.m.
22  and DOES 1 through 25 inclusive,    ) PLACE:  Schroth & Schroth
                                        )         2044 First Avenue, Suite 200
23             Defendants.              )         San Diego, California 92101
                                        )
24  _____)

25  TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

26      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

27  Procedure, Plaintiffs ANDREW T. THOMASSON and REBECCA J. THOMASSON

28  (hereinafter "Plaintiffs") will take the deposition on oral examination of BERNARDINE

                                    -1-

1    CRISP, a natural person who, during the time period relevant to the above-entitled action, was

2    employed as a manager by the Defendant GC SERVICE LIMITED PARTNERSHIP

3    (hereinafter "Defendant" or "GC SERVICES").  Said deposition will take place on December

4    14, 2006, at the offices of Schroth & Schroth, 2044 First Avenue, Suite 200, San Diego,

5    California 92101, commencing at 10:00 a.m.

6        The deposition of BERNARDINE CRISP will be taken before a certified shorthand

7    reporter, notary public, or other deposition officer who is authorized to administer an oath.  If

8    the deposition is not completed on the date specified in this notice, the taking of the deposition

9    will be continued from day to day thereafter, except for Sundays and holidays, until completed.

10       PLEASE TAKE FURTHER NOTICE that the deposition of BERNARDINE CRISP will

11   concern all of the relevant facts and circumstances giving rise to the legal claims and issues

12   alleged in Plaintiffs' First Amended Complaint including, but not limited to, the monitoring and

13   recording of telephone communications, which occur and have occurred between persons

14   employed by GC SERVICES and persons located in any and all of the United States, the

15   devices employed by GC SERVICES to monitor and record telephone communications, the

16   methods employed by GC SERVICES to monitor and record telephone communications and the

17   uses of the interceptions and the like, and the equipment used by GC SERVICES to monitor and

18   record telephone communications.

19       The deposition of BERNARDINE CRISP will also concern all of the relevant facts and

20   circumstances giving rise to each of the affirmative defenses alleged by Defendant GC

21   SERVICES in its Answer to Plaintiffs' First Amended Complaint.

22       So far as known to the deposing party, the deponent's address and telephone number are

23   as follows:

24           c/o John H. L'Esrange Jr., Esq.
             WRIGHT & L'ESTRANGE
25           401 West "A" Street, Suite 2250
             San Diego, CA 92101
26           Telephone:  (619) 231-4844
             Facsimile:   (619) 231-6710
27

28   / / /

-2-

1    PLEASE TAKE FURTHER NOTICE that Robert L. Arleo, Esq. will appear

2    telephonically at the deposition.

3    YOU ARE FURTHER NOTIFIED that Plaintiffs intend to cause the deposition

4    proceedings of BERNARDINE CRISP to be recorded both stenographically and by videotape.

5    A list of all parties or attorneys for parties on whom this notice of deposition is being

6    served is shown on the accompanying proof of service.

7

8    DATED:  November 22, 2006            **SCHROTH & SCHROTH**
                                         **LAW OFFICES OF ROBERT L. ARLEO**
9                                        **LAW OFFICES OF CHRISTOPHER MONELT**
10                                                      -and-
                                         **SHEWRY & VAN DYKE, LLP**
11                                       Attorneys for Plaintiffs, ANDREW T.
                                         THOMASSON, REBECCA J. THOMASSON,
12                                       and all others similarly situated

13

14

15                                       By:_____
                                            ROBERT E. SCHROTH JR, ESQ.
16

17

18   ADDITIONAL PLAINTIFFS COUNSEL:

19

20   CHRISTOPHER K. MONELT, ESQ. (SBN 224478)
     **LAW OFFICES OF CHRISTOPHER K. MONELT**
21   2044 First Avenue, Suite 200
     San Diego, CA 92101-2079
22   Telephone:  (619) 233-8034
     Facsimile:  (619) 233-4516
23

24   STEVEN M. SHEWRY, ESQ. (SBN 106333)
     MICHELLE L. VAN DYKE, ESQ. (SBN 171477)
25   **SHEWRY & VAN DYKE, LLP**
     402 West Broadway, Suite 810
26   San Diego, CA 92101-8504
     Telephone:  (619) 236-9864
27   Facsimile:  (619) 233-1002

28

                                        -3-

1   ROBERT L. ARLEO, ESQ. (Pro Hac Vice)
     **LAW OFFICES OF ROBERT L. ARLEO**
2   1375 Broadway, Third Floor
    New York, New York 10018
3   Telephone: (646) 278-5648
4   E-Mail: r.arleo@verizon.net

5   ROBERT E. SCHROTH SR., ESQ. (SBN 103063)
6   ROBERT E. SCHROTH JR., ESQ. (SBN 212936)
    **SCHROTH & SCHROTH**
7   2044 First Avenue, Suite 200
8   San Diego, CA 92101-2079
    Telephone: (619) 233-7521
9   Facsimile: (619) 233-4516

10   [Additional Plaintiffs' counsel listed on last page]

11   Attorneys for Plaintiffs, ANDREW T.
12   THOMASSON, REBECCA J. THOMASSON,
    and all others similarly situated
13

14          **UNITED STATES DISTRICT COURT**

15        **SOUTHERN DISTRICT OF CALIFORNIA**

16   ANDREW T. THOMASSON, REBECCA J.   )   CASE NO.  05cv940 LAB (CAB)
17   THOMASSON, MACDONALD P. TAYLOR  )
    JR., and CHENOA R. TAYLOR on behalf of  )
18   themselves and all others similarly situated,   )
                           )
19           Plaintiffs,        )
                           )   **PROOF OF SERVICE BY U.S. MAIL**
20         vs.               )   DATE:   December 14, 2006
                           )   TIME:     9:30 a.m.
21   GC SERVICES LIMITED PARTNERSHIP,   )   PLACE:   Schroth & Schroth
    and DOES 1 through 25 inclusive,       )              2044 First Avenue, Suite 200
22                            )              San Diego, California 92101
           Defendants.       )
23   ────────────────────────────────)

24      I, Noreen Santz, declare as follows:

25      I am, and was at the time of service of the papers herein referred to, over the age of 18

26   years, and not a party to the action.  I am employed in the County of San Diego, California,

27   within which county the subject service occurred.   My business address is 2044 First Avenue,

28   Suite 200, San Diego, California 92101.

                                      -4-

1    On November 22, 2006, I served the following document(s):

2
      1.    **NOTICE OF DEPOSITION ON ORAL EXAMINATION FOR**
3            **BERNARDINE CRISP**

4    [ XX ]       BY MAIL as follows:

5         [XX]  By placing a copy thereof for delivery by FIRST CLASS MAIL in a separate

6    envelope addressed to each addressee, respectively listed on the attached mailing list.

7         I  am  readily  familiar  with  the  firm's  practice  of  collection  and  processing

8    correspondence for mailing.  Under that practice, it would be deposited with the United States

9    Postal Service on the same day with postage thereon fully prepaid at San Diego, California, in

10   the ordinary course of business.  I am aware that, on motion of the party served, service is

11   presumptively invalid if the postal cancellation date or postage meter date is more than once day

12   after the date of deposit for mailing in affidavit.

13        I declare under penalty of perjury under the laws of the State of California that the

14   foregoing is true and correct.  Executed on this 22nd day of November, 2006, at San Diego,

15   California.

16

17                                    _____

18                                    Noreen Santz

19   ADDITIONAL PLAINTIFFS COUNSEL:

20
     CHRISTOPHER K. MONELT, ESQ. (SBN 224478)
21   **LAW OFFICES OF CHRISTOPHER K. MONELT**
     2044 First Avenue, Suite 200
22   San Diego, CA 92101-2079
     Telephone: (619) 233-8034
23   Facsimile: (619) 233-4516
24
     STEVEN M. SHEWRY, ESQ. (SBN 106333)
25   MICHELLE L. VAN DYKE, ESQ. (SBN 171477)
     **SHEWRY & VAN DYKE, LLP**
26   402 West Broadway, Suite 810
     San Diego, CA 92101-8504
27   Telephone: (619) 236-9864
     Facsimile: (619) 233-1002
28
                                    -5-

1

<u>Andrew T. Thomasson, *et. al.* v. GC Services Limited Partnership, *et. al.*</u>
**United States District Court, Southern District of California,**
**Case No. 05cv940 LAB (CAB)**

2

3

4

<u>**SERVICE LIST**</u>

5

6

<u>Attorneys for Defendant</u>
<u>GC SERVICES LIMITED PARTNERS</u>

7

8

LEWIS, BRISBOIS, BISGAARD & SMITH, L.L.P.
Tim J. Vanden Heuvel, Esq.

9

R. Gaylord Smith, Esq.
550 West "C" Street, Suite 800

10

San Diego, CA 92101-3540
Facsimile: (619) 233-8627

11

12

KELLEY DRYE & WARREN, L.L.P.

13

Thomas E. Gilbertsen, Esq.
Dawn Murphy-Johnson, Esq.

14

Daniel S. Blynn, Esq.

15

3050 K Street, N.W., Suite 400
Washington, D.C. 20007-5108

16

Facsimile: (202) 342-8451

17

18

WRIGHT & L'ESTRANGE

19

John H. L'Estrange Jr., Esq.
401 West "A" Street, Suite 2250

20

San Diego, CA 92101
Facsimile: (619) 231-6710

21

22

23

24

25

26

27

28

**From:**    Robert schroth [robschrothesq@sbcglobal.net]

**Sent:**    Wednesday, December 06, 2006 9:39 AM

**To:**    jlestrange@wllawsd.com

**Subject:** Re: Depositions of Crisp and Swainey

John, you are correct about the deposition locations.  My apologies.  As for the dates I'll check with co counsel but I'm sure we can find a mutually convenient date.
Rob

*John L'Estrange <jlestrange@wllawsd.com>* wrote:

Rob,
Our protocol has been that the depositions of party related witnesses be in the office of the counsel representing the witness.  I request that the Crisp and Swainey depositions be in my office.
Crisp has jury duty on Dec. 13 and I have other scheduling issues.  We request that the depositions be rescheduled: Swainey on Dec. 21 in my office and Crisp on Dec. 22 in my office.
John
John H. L'Estrange, Jr.
Wright & L'Estrange
401 West A Street, Suite 2250
San Diego, CA  92101
fax: 619-231-6710
office: 619-231-4844
direct: 619-702-8200
THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF ADDRESSEE.  UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED, AND MAY CONSTITUTE INSIDE INFORMATION OR ATTORNEY WORK PRODUCT.  **IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY RESPONDING TO THIS EMAIL OR AT (619) 702-8200.**

Robert E. Schroth Jr., Esq.
SCHROTH & SCHROTH
2044 First Ave., Ste 200
San Diego, CA 92101
619-233-7521
Fax: 619-233-4516

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

E-16

**From:**    John L'Estrange [jlestrange@wllawsd.com]
**Sent:**    Friday, December 08, 2006 4:00 PM
**To:**      'Robert schroth'; dblynn@Kelleydrye.com; TGilbertsen@Kelleydrye.com; vanden@lbbslaw.com
**Cc:**      Joe Van Nest
**Subject:** RE: Depos- GCS

Rob,

The dates are still good.
This will confirm the depos of Swaney (12/21) and Crisp (12/22) both in my office.  I request that both depos begin at 9:30.
John L'Estrange

---

**From:** Robert schroth [mailto:robschrothesq@sbcglobal.net]
**Sent:** Friday, December 08, 2006 2:02 PM
**To:** dblynn@Kelleydrye.com; John L'Estrange; TGilbertsen@Kelleydrye.com; vanden@lbbslaw.com
**Subject:** Depos- GCS

John,
I am confirming the new dates for Swainey and Crisp at your office.  let me know if the dates are still good so I can serve amended notices.
thanks Rob


Robert E. Schroth Jr., Esq.
SCHROTH & SCHROTH
2044 First Ave., Ste 200
San Diego, CA 92101
619-233-7521
Fax: 619-233-4516

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

F-17

12/8/2006

**From:**   John L'Estrange [jlestrange@wllawsd.com]

**Sent:**   Friday, December 22, 2006 9:32 AM

**To:**   Robert Schroth

**Cc:**   Thomas E. Gilbertsen; Dan Blynn

**Subject:** Bernardine Crips depo

Rob,

Bernardine Crisp is available for deposition during the first two weeks of the new year on January 3,4,9,11, 12 or 16.  Let me know your preference.

John

**John H. L'Estrange, Jr.**
Wright & L'Estrange
401 West A Street, Suite 2250
San Diego, CA  92101
  Office:  (619) 231-4844
  Direct:  (619 702-8200
  Fax:     (619) 231-6710

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF OF ADDRESSEE.  UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED, AND MAY CONSTITUTE INSIDE INFORMATION OR ATTORNEY WORK PRODUCT.  **IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY RESPONDING TO THIS EMAIL OR AT (619) 702-8200.**

G-18

**From:**   John L'Estrange [jlestrange@wllawsd.com]
**Sent:**   Tuesday, January 02, 2007 3:56 PM
**To:**   Robert Schroth
**Cc:**   Thomas E. Gilbertsen; Dan Blynn
**Subject:** Crisp depo

Rob,

Bernardine Crisp has a personal conflict that prevents her from having the depo on the 12th. She requests that we reschedule her deposition to another date. Are you available on Jan. 9? We can do it on that date.
John

***John H. L'Estrange, Jr.***
Wright & L'Estrange
401 West A Street, Suite 2250
San Diego, CA  92101
   Office:  (619) 231-4844
   Direct:  (619 702-8200
   Fax:      (619) 231-6710

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF OF ADDRESSEE.  UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED, AND MAY CONSTITUTE INSIDE INFORMATION OR ATTORNEY WORK PRODUCT.  **IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY RESPONDING TO THIS EMAIL OR AT (619) 702-8200.**

H-19

**From:** Robert schroth [mailto:robschrothesq@sbcglobal.net]
**Sent:** Wednesday, January 03, 2007 12:54 PM
**To:** John L'Estrange
**Subject:** Re: Crisp depo

I cant do it then how about the following week any day works for me.

*John L'Estrange <jlestrange@wllawsd.com>* wrote:
Rob,
Bernardine Crisp has a personal conflict that prevents her from having the depo on the 12th.  She requests that
we reschedule her deposition to another date.  Are you available on Jan. 9?  We can do it on that date.
John

*John H. L'Estrange, Jr.*
Wright & L'Estrange
401 West A Street, Suite 2250
San Diego, CA  92101
   Office:  (619) 231-4844
   Direct:  (619 702-8200
   Fax:     (619) 231-6710

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF OF ADDRESSEE.  UNAUTHORIZED USE,
DISCLOSURE OR COPYING IS STRICTLY PROHIBITED, AND MAY CONSTITUTE INSIDE INFORMATION OR
ATTORNEY WORK PRODUCT.  **IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY THE SENDER BY RESPONDING TO THIS EMAIL OR AT (619) 702-8200.**

Robert E. Schroth Jr., Esq.
SCHROTH & SCHROTH
2044 First Ave., Ste 200
San Diego, CA 92101
619-233-7521
Fax: 619-233-4516

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you
are not the intended recipient, please delete the e-mail and any attachments without reading, printing,

I-20

G

| **From:** | John L'Estrange [jlestrange@wllawsd.com] |
| **Sent:** | Thursday, January 04, 2007 7:51 AM |
| **To:** | 'Robert schroth' |
| **Cc:** | Thomas E. Gilbertsen; Dan Blynn |
| **Subject:** | RE: Crisp depo |

Rob,
We are available to  have the Crisp deposition on Jan. 18 @ 9:30.  Does that work for you?
John

---

**From:** Robert schroth [mailto:robschrothesq@sbcglobal.net]
**Sent:** Wednesday, January 03, 2007 12:54 PM
**To:** John L'Estrange
**Subject:** Re: Crisp depo

I cant do it then how about the following week any day works for me.

### John L'Estrange <jlestrange@wllawsd.com> wrote:
Rob,
Bernardine Crisp has a personal conflict that prevents her from having the depo on the 12th.  She requests that
we reschedule her deposition to another date.  Are you available on Jan. 9?  We can do it on that date.
John

**John H. L'Estrange, Jr.**
Wright & L'Estrange
401 West A Street, Suite 2250
San Diego, CA  92101
   Office:  (619) 231-4844
   Direct:  (619) 702-8200
   Fax:     (619) 231-6710

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF OF ADDRESSEE.  UNAUTHORIZED USE,
DISCLOSURE OR COPYING IS STRICTLY PROHIBITED, AND MAY CONSTITUTE INSIDE INFORMATION OR
ATTORNEY WORK PRODUCT.  **IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY THE SENDER BY RESPONDING TO THIS EMAIL OR AT (619) 702-8200.**

Robert E. Schroth Jr., Esq.
SCHROTH & SCHROTH
2044 First Ave., Ste 200
San Diego, CA 92101
619-233-7521
Fax: 619-233-4516

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you
are not the intended recipient, please delete the e-mail and any attachments without reading, printing,

J-21

**From:**   John L'Estrange [jlestrange@wllawsd.com]
**Sent:**   Tuesday, January 16, 2007 2:39 PM
**To:**     'Robert schroth'
**Cc:**     Thomas E. Gilbertsen; Tim Vanden Heuvel; Vanessa Rae Negrete; Dan Blynn
**Subject:** RE: rescheduling the Crisp depo

Rob,
Congratulations on your new baby.  Let me know when you are back on schedule. We can then set a mutually convenient date for the Crisp deposition.
John

---

**From:** Robert schroth [mailto:robschrothesq@sbcglobal.net]
**Sent:** Tuesday, January 16, 2007 1:52 PM
**To:** John L'Estrange
**Subject:** RE: rescheduling the Crisp depo

John, I'm little of out of sorts with my schedule, we just had our baby on Friday and I need to see if we can yet again move the depo to the first week of February ie the 4th or so.

*John L'Estrange <jlestrange@wllawsd.com>* wrote:
Rob,
We can do the Crisp depo on Jan. 30th. Please set it for my office at 10:00 am
John

---

**From:** Robert schroth [mailto:robschrothesq@sbcglobal.net]
**Sent:** Wednesday, January 10, 2007 1:14 PM
**To:** John L'Estrange
**Subject:** Re: rescheduling the Crisp depo

how about the 30th.

*John L'Estrange <jlestrange@wllawsd.com>* wrote:
Rob,
Ms. Crisp and I have conflicts during the entire week of Jan. 22.

We are both available on Jan 29, 30 and 31.  Do any of those dates work for you.

John

*John H. L'Estrange, Jr.*
Wright & L'Estrange
401 West A Street, Suite 2250
San Diego, CA  92101
  Office:  (619) 231-4844
  Direct:  (619 702-8200
  Fax:     (619) 231-6710

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF OF ADDRESSEE.  UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED, AND MAY CONSTITUTE INSIDE INFORMATION OR ATTORNEY WORK PRODUCT.  **IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE**

K-22

# SCHROTH & SCHROTH

### Attorneys At Law

Robert E. Schroth Sr.
Robert E. Schroth Jr.

2044 First Avenue
Suite 200
San Diego, California 92101

(619) 233-7521
Fax (619) 233-4516
www.schrothandschroth.com

610 West Broadway
P.O. Box 8827
Jackson Hole, Wyoming 83001

(307) 733-5610
Fax (307) 733-1058

November 7, 2006

Hon. Cathy Ann Bencivengo
United States Magistrate Judge
940 Front Street
Courtroom E, First Floor
San Diego, CA 92101

> RE:   Andrew T. Thomasson, et. al. v. GC Services Limited Partnership, et. al.
>       United States District Court, Southern District of California,
>       Case No. 05cv940

Dear Judge Bencivengo:

This letter is in reply to Mr. Gilbetsen's November 3, 2006, letter to the Court requesting clarification or reconsideration of the Court's Order on November 1, 2006, requiring production of a list of its managers from the Defendant's Irwindale credit card collections and San Diego offices.

Plaintiffs' counsel recently learned from the Defendant's former manager, Jeffrey Bond, that Bernardine Crisp was the Compliance Manager at GC Services' Irwindale collections site, where she simultaneously served as manager for both the Traffic Court and credit card departments. Ms. Crisp recently moved to the Traffic Court side exclusively. During the past several days, I learned that Ms. Crisp was present during the recording of telephone calls between the Defendant's employees and consumers located in California and across the United States. As you know, the Defendant has vehemently denied throughout this litigation (to the Court and Plaintiffs) that it records telephone calls. Furthermore, as a Compliance Manager Ms. Crisp's primary responsibility was insuring the Defendant's compliance with FDCPA regulations in addition to overseeing call monitoring. Based on this information, Ms. Crisp would obviously be a central witness in this case.

Notwithstanding the above, Mr. Crisp was *never* listed anywhere in the Defendant's responses to Plaintiffs' discovery requests for this information. Nor did the Defendant even mention her name in compliance with its duty under Rule 26, or even in passing as a person with knowledge of the facts and circumstances surrounding this case. Ms. Crisp, of all people, should have been provided long ago in response to Plaintiffs' request for the names of persons with knowledge of the facts surrounding Plaintiff's compliant (i.e. call monitoring/recording). This request was the basis of the Court's Order on August 30, 2006 and again on November 1, 2006, requiring production of a list of its managers from the Irwindale credit card collections and San Diego offices. Despite these fact, Ms. Crisp was never listed amongst the select group of individuals the Defendant is willing to produce.

M-26

Hon. Cathy Ann Bencivengo
October 23, 2006
Page 2

As Your Honor is aware, throughout this litigation the defense has continuously played "hide the ball" with the identities of percipient witnesses who could even remotely assist the Plaintiffs in presenting their case-in-chief at trial. (Or, as it turns out, in opposition to the Defendant's baseless motion for summary judgment). Accordingly, Plaintiffs' counsel anticipated that Defendants would again provide an incomplete listing of managers responsive to the requests at issue, and instead list only those persons it felt were appropriate for deposition as it relates to their contentions.

Not surprisingly, Ms. Crisp was again not listed as one of the managers from the Irwindale credit card collections or the San Diego offices, which Your Honor recently ordered. That intentional failure -- to in good faith engage in Court-ordered discovery -- was confirmed by Mr. Gilbertsen's to me dated November 3, 2006. In anticipation of the game played time and again by the defense, we alerted Mr. Gilbertsen and Mr. L'Estrange to the fact we were already aware about Ms. Crisp in the hope that we could save everyone, especially the Court, valuable time and resources. Instead of accepting this statement for what is was, and complying in good faith with the Court's order, GC Services saw the statement as an "out" to further muddy the waters before Your Honor. The time has long since passed for casting aspersions on Counsel (as the defense did in its meritless "Rule 23(d) motion"). Instead, this matter must be determined on the merits, no matter how distasteful that may be to the Defendant and its attorneys. Simply saying bad things about me and my colleagues will not suffice to controvert this case.

We also hoped that by immediately asking for available dates to take Ms. Crisp's deposition we might be able to take her deposition within a reasonable time frame if it turned out she was the individual whose deposition we needed. Rather than engage in a good faith discussion, the Defendant stonewalled the request to set aside a date for her deposition in the sense that it unilaterally determined we had "made our choice" concerning our depositions and again retreated to its strategic place of letting nothing of substance be released. We intended that, whomever we deposed, we would use their testimony in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, which is due on November 13, 2006. Despite those efforts, we now have to re-brief issues already decided by Your Honor. We again submit that "enough is enough" and the Defendant should be made to understand such tactics will not be tolerated in this judicial district.

In Mr. Gilbertsen's letter of November 3rd, he informed me that Ms. Crisp would not be produced because she was currently in the Irwindale Traffic Court collections department and not subject to production by the Court's Order. Even if this is true, it should be pointed out that the Defendant never produced Ms. Crisp's name along with the other Superior Court collection manager names. But, that is only half the story. As mentioned above, Ms. Crisp was until just recently the Compliance Manager for both Irwindale offices (traffic and Credit cards). To reach this conclusion, Mr. Gilbertsen unilaterally chose an absurdly narrow interpretation of the Court's recent order with regard to the production of the mangers information to be only the current managers. Said interpretation is entirely consistent with the defense's tactics in this case thus far and, therefore, not too surprising to Plaintiffs.

M-27

Hon. Cathy Ann Bencivengo
October 23, 2006
Page 3

From a common sense standpoint, and without going any further into the matter, the managers who were working at those GC Services facilities during the time of the complaint are relevant to establishing pattern and practice in this case. By extension, if we are talking about calls made during the past three years, which we are, it would only make sense that the Plaintiffs get the names of the people who made those calls. Newly hired managers would be of limited use. Moreover, we note that any managers from the relevant time period who are not currently employed would not be subject to production by the Defendant anyway, but their names and contact information should still be disclosed as ordered. Oddly enough, Mr. Gilbertsen has offered to produce another former manager from the Irwindale credit card collections (currently employed in GC Services' Chicago office), so the distinction of current or former employees -- in California -- seems only to apply to Ms. Crisp and no one else. Considering the Defendant's history in this case, this fact alone raises serious "red flags."

Mr. Gilbertsen's letter also declared that he was not going to comply with the Court's order requiring him to produce the names of the Irwindale credit card managers. I therefore wrote to Mr. Gilbertsen on November 3, 2006 (see attached letter of Robert Schroth Jr.) and requested the names of all the managers from the two GC Services facilities from 2003 to the present, not just his personal hand-picked list. I also informed Mr. Gilbertsen that I would wait to see his list before I noticed any depositions. (In response, Mr. Gilbertsen sent me a letter stating he and co-counsel were confused by what I had requested.) If the Court wishes to clarify its Order, we would respectfully request that it include production of the names of all current and former managers from the two GC Services facilities for all times relevant to Plaintiffs operative complaint. We also respectfully request that the Court discuss all information relevant to this production so as to eliminate the "basis" for Mr. Gilbertsen's apparent determination in advance not to comply with the Court's order.

Mr. Gilbertsen's claim -- that Plaintiffs' counsel has misled the Court because we had the names all along -- is just plain wrong. Plaintiff's counsel did not discover the names and identify of Ms. Crisp and Mr. McKenzie until Mr. Bond disclosed them the night before the discovery conference took place. The fact is, Plaintiffs were never provided a list identifying the managers from GC Services's Irwindale credit card side or from its San Diego office. This is the issue Mr. Gilbertsen should instead focus upon. Instead, Mr. Gilbertsen is now trying to argue that because I recently discovered the names of a few managers -- from a third-party (which should have given to us months ago) -- that he is somehow not required to produce any of the managers from either of the two facilities. Mr. Gilbertsen is mistaken and the Plaintiffs respectfully request that the Court so inform him.

## FORMER EMPLOYEE TELEPHONE NUMBERS

Finally, Mr. Gilbertsen has requested that the Court modify it Order so that the Defendant does not have to provide Plaintiffs with the telephone numbers of its former employees because of the burden it would place on the Defendant's Human Resources staff. To that end, I believe the Court should consider the following points:

M-28

Hon. Cathy Ann Bencivengo
October 23, 2006
Page 4

1.      November 3, 2006, is the first time the Defendant or its counsel has ever mentioned anywhere that it would suffer a "burden" if required to provide these telephone numbers. The Defendant never mentioned this in their original discovery responses (10 months ago). Nor did it mention burden in its supplemental responses (2 ½ months ago), during the meet and confer process, or during the telephonic conference with Your Honor on November 1, 2006. Instead, the Defendant waited until after Your Honor ordered them to produce the telephone numbers before it decide to complain, and even then it waited. If such a "burden" truly exists (which the Plaintiffs doubt), then certainly this "burden" argument should have reared its head a long time ago.

2.      The Defendant argued in its Rule 23(d) motion that it does not have a "high turnover rate" among its employees as suggested in Plaintiff Andrew Thomasson's internet postings. Yet, they have now produced a declaration to Your Honor stating that the Defendant loses 1,200 employees per month nationwide. Mr. Wojcicki, the Defendant's Rule 30(b)(6) witness, testified at deposition that the Defendant employs approximately 9,000 people nationwide. In short, the Defendant's own declaration indicates that it loses more than 13% of its workforce each month, 100% of its workforce every 7-8 months, and 156% of its workforce every 12 months. The United States Dept. of Labor reports that the average turnover rate for large companies in the US is approximately 12% annually. This is important, because it is illustrative of how the Defendant argues one set of facts to Judge Burns and then turns around and advances a completely opposite argument to Your Honor on a whole host of issues; this is just one. The Defendant should be estopped from continuing to advance inconsistent arguments before this Court in this case. They are either not telling the truth to Your Honor here, or they are not telling the truth to Judge Burns in their Rule 23(d) moving papers.

3.      The most valuable information the Plaintiffs have been able to obtain in this case is from former employees of the Defendants and non-parties. Indeed, this is the only way that the Plaintiffs have been able to test the answers the Defendant has chosen to provide in discovery. The simple fact is, the Defendant has attempted throughout this litigation to control the amounts and types of information the Plaintiffs have gotten in discovery, and to delay that information as long as possible, in an effort to prevent the Plaintiffs from learning the true facts of their case. The Defendant is doing everything it can to limit our ability to talk to former employees like Mr. Bond because each has evidence and information that is contrary to the party line they have been espousing throughout discovery. In other words, how can the Defendants be expected to win their pending motion for summary judgment if the Plaintiffs obtain the evidence that exists to refute the Defendant's arguments.

The telephone number of former employees is necessary to allow the Plaintiffs to quickly contact the employees and obtain the information they need, and they have waited nearly 10 months for these telephone numbers. The Defendant knows this and it is doing everything it can to delay the Plaintiffs ability to contact these individuals. This conduct is unfair and should not be countenanced by the Court.

M-29

Hon. Cathy Ann Bencivengo
October 23, 2006
Page 5

                                        Sincerely

                                        Robert Schroth, Jr.

cc:     Robert L. Arleo, Esq.
        John H. L'Estrange, Jr., Esq.
        Thomas E. Gilbertsen, Esq.
        Daniel S. Blynn, Esq.
        Tim J. Vanden Heuval, Esq.

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**3050 K STREET, N.W.**

**SUITE 400**

**WASHINGTON, D.C. 20007**

(202) 342-8400

NEW YORK, NY

TYSONS CORNER, VA

CHICAGO, IL

STAMFORD, CT

PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE

(202) 342-8451

www.kelleydrye.com

Thomas E. Gilbertsen
Member of the Firm
·202.342.8505
TGilbertsen@collershannon.com

November 3, 2006

**BY U.S. MAIL**

Robert E. Schroth, Esq.
SCHROTH & SCHROTH
2044 First Avenue, Suite 200
San Diego, California 92101

Re:   **Thomasson v. GC Services LP**

Dear Rob:

I am writing in response to your e-mail of November 1 requesting depositions of Bernadine Crisp and Marshall McKenzie. Ms. Crisp is employed in the office devoted to the Los Angeles County Superior Court, so she is not eligible for deposition under the terms specified by Judge Bencivengo at the telephone hearing on November 1. Mr. McKenzie worked in the Irwindale third-party debt collection office, but he was transferred to a Chicago-area facility several months ago. If the depositions go forward, we are willing to produce Mr. McKenzie in Chicago or via telephone deposition.

The names of managers from GC Services' San Diego office are as follows: Jason Swaney, Doug Kemp, Michael Poore, Richard Ramirez, Phil Samaniego, Donna Sullivan, Robert Lord, Michael Roberts, and Guy Sullivan. Since you have already identified a manager from the Irwindale third-party debt collection office, I understand that plaintiffs no longer need us to identify managers from that office for possible deposition.

Very truly yours,

Thomas E. Gilbertsen

cc:   ALL COUNSEL

M-31

# SCHROTH & SCHROTH

### Attorneys At Law

Robert E. Schroth Sr.
Robert E. Schroth Jr.

2044 First Avenue
Suite 200
San Diego, California 92101

610 West Broadway
P.O. Box 8827
Jackson Hole, Wyoming 83001

(619) 233-7521
Fax (619) 233-4516
www.schrothandschroth.com

(307) 733-5610
Fax (307) 733-1058

November 3, 2006

Thomas E. Gilbertsen
KELLEY, DRYE & WARREN, LLP
3050 K Street, NW, Suite 400
Washington, DC 20007-5108

RE:   Andrew T. Thomasson, et. al. v. GC Services Limited Partnership
      United States District Court, Southern District of California,
      Case No. 05cv940

Dear Counsel:

I reviewed your list of the San Diego managers included in your letter of November 3, 2006, and I noticed right off the bat that you have failed to include the names of several managers that appear on the telephone monitoring review sheets that you produced (Bates # 4760-4797), including Alison Mora, Heather Mora, Heather Montana, and Stavinoha. I would appreciate it if you would cease with the gamesmanship and comply with the court's order to further respond to Interrogatory # 27. Judge Bencivengo has ordered that you produce to us the names of the managers from GC Services' San Diego and Irwindale credit card departments. Per that order we are requesting the names of ALL the managers of those facilities from 2003 to the present, not just a hand-picked representation. Please do not force us to darken Judge Bencivengo's door on this issue again.

As for any depositions permitted by the court, we will wait until we have a *complete* list from you before we decide exactly which two we want to depose.

Sincerely,
**SCHROTH & SCHROTH**

Robert Schroth, Jr.

cc:   Robert L. Arleo, Esq.
      Thomas E. Gilbertsen, Esq.
      Tim J. Vanden Heuval, Esq.
      Steve Shewry, Esq.

M-32

345