## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Thomasson v. CG Services        Case No: 05cv0940-LAB (CAB)

HON. Larry A. Burns        CT. DEPUTY Tisha Washam        Rptr.

Present

Plaintiff(s): No appearance.

Defendant(s): No appearance.

The court has reconsidered the personal appearance portion of its Order To Show Cause Re Rule 11 Sanctions entered August 9, 2007 with respect to plaintiffs' counsel, Robert L. Arleo, Esq. Mr. Arleo is hereby permitted to make a *telephonic appearance* at the **September 4, 2007 10:30 a.m.** hearing by calling the chambers of the undersigned District Judge at (619) 557-5874 ten minutes before the scheduled hearing, provided local counsel is personally present in the courtroom for the hearing.

**IT IS SO ORDERED**.

DATED: August 27, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge