UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON, et. al., <br><br> Plaintiff, <br><br> v. <br><br> GC SERVICES LIMITED PARTNERSHIP, and DOES 1 though 25, inclusive, <br><br> Defendants. | Civil No. 05cv0940 JAH (CAB) <br><br> **ORDER SPREADING THE MANDATE OF THE NINTH CIRCUIT** |

Plaintiffs filed a class action complaint on May 4, 2005, and a First Amended Complaint on August 17, 2005, alleging violations of the Fair Debt Collections Practices Act ("FDCPA"). The action was originally assigned to the Honorable Larry A. Burns. On July 16, 2008, Judge Burns granted Defendant's motion for summary judgment, and denied Plaintiff's motion to certify the class and Defendant's motion for limitation on communications with putative class members as moot. Judgment was entered and the case was terminated on July 16, 2007.

Plaintiffs sought leave to file a motion for reconsideration of the following orders: (1) denying Plaintiffs' motion for leave to file a second amended complaint, (2) granting Defendant's motion for summary judgment and (3) denying as moot Plaintiffs' motion to certify the class. On August 9, 2007, Judge Burns denied the motion as to the order granting summary judgment and denied as untimely the orders denying leave to amend and denying the motion for class certification. On the same day, Judge Burns issued a

notice and order to show cause why Rule 11 sanctions should not be imposed against Plaintiffs' attorney Robert L. Arleo. On August 14, 2007, Plaintiffs filed a notice of appeal. At a hearing held on September 5, 2007, Judge Burns imposed sanctions of $5,000 against Mr. Arleo. On October 5, 2007, Plaintiffs amended their notice of appeal to include the order imposing sanctions and amended the notice again on November 6, 2007, to include the court's order on Plaintiffs' motion for taxation of costs.

On November 7, 2008, the Ninth Circuit's memorandum was received. Judge Burns later recused from the matter and it was assigned to this Court. Plaintiffs/Appellants sought rehearing before the Ninth Circuit which was denied. The Ninth Circuit forwarded the Mandate to this Court on April 14, 2009. The Ninth Circuit reversed the grant of summary judgment as to the FDCPA claim, affirmed the grant of summary judgment on the California Information Privacy Act claim and reversed the sanctions order against Mr. Arleo.

An appeal mandate hearing was held before this Court on May 18, 2009. Robert Schroth appeared and Robert Arleo appeared telephonically on behalf of Plaintiffs. Tim J. Vanden Heuvel and John L'Estrange appeared on behalf of Defendant. The Court spread the mandate on the record.

In conjunction with the order issued on the record, IT IS HEREBY ORDERED:

1. The mandate issued by the Ninth Circuit on November 7, 2008 is spread;
2. The Clerk of Court is directed to reopen this matter for further proceedings;
3. The parties shall contact Judge Bencivengo's chambers to schedule a case management conference; and
4. The Clerk of Court is directed to refund the $5,000 paid by Mr. Arleo for sanctions.

DATED: May 19, 2009

JOHN A. HOUSTON
United States District Judge