UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE JOHN A. HOUSTON, JUDGE PRESIDING

_____
                                        )
ANDREW T. THOMASSON, REBECCA            )
THOMASSON, ON BEHALF OF THEMSELVES      )
AND ALL OTHERS SIMILARLY SITUATED,      )
ET AL.,                                 )
                PLAINTIFFS,             )   CASE NO. 05CV0940-JAH
                                        )
     VS.                                )   SAN DIEGO, CALIFORNIA
                                        )   MONDAY, MAY 18, 2009
                                        )    2:30 P.M. CALENDAR
GC SERVICES LIMITED, PARTNERSHIP,       )
ET AL.,                                 )
                DEFENDANTS.             )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPELATE MANDATE HEARING

REPORTED BY:              LEE ANN PENCE,
                          OFFICIAL COURT REPORTER
                          UNITED STATES COURTHOUSE
                          940 FRONT STREET, ROOM 2160
                          SAN DIEGO, CALIFORNIA 92101

```
COUNSEL APPEARING:
    FOR PLAINTIFF:        ROBERT L. ARLEO, ESQ.
                          164 SUNSET PARK ROAD
                          NEW YORK, NEW YORK 12436

                          ROBERT E. SCHROTH, JR., ESQ.
                          2044 FIRST AVENUE, SUITE 200
                          SAN DIEGO, CALIFORNIA 92101


    FOR DEFENDANT:        JOHN H. L'ESTRANGE, JR., ESQ.
                          WRIGHT AND L'ESTRANGE
                          401 WEST A STREET, SUITE 2250
                          SAN DIEGO, CALIFORNIA 92101

                          TIM JUDE VANDEN HEUVEL, ESQ.
                          LEWIS BRISBOIS BISGAARD & SMITH
                          550 WEST C STREET, SUITE 800
                          SAN DIEGO, CALIFORNIA 92101
```

 1      SAN DIEGO, CALIFORNIA – MONDAY, MAY 18, 2009 – 2:40 P.M.

 2                              *   *   *

 3           **THE CLERK:**  NO. 24 ON CALENDAR, 05CV0940, THOMASSON

 4  AND OTHERS VERSUS GC SERVICES, LIMITED, AND OTHERS; FOR APPEAL

 5  MANDATE HEARING.

 6           **MR. L'ESTRANGE, JR.:**  GOOD AFTERNOON, YOUR HONOR.

 7  JOHN L'ESTRANGE REPRESENTING THE DEFENDANT, GC SERVICES.

 8           **THE COURT:**  GOOD AFTERNOON.

 9           **MR. SCHROTH:**  GOOD AFTERNOON, YOUR HONOR.  ROBERT

10  SCHROTH, JR. ON BEHALF OF THE PLAINTIFF IN THIS CASE, ANDREW

11  THOMASSON, AND HIS WIFE REBECCA THOMASSON.

12           **THE COURT:**  GOOD AFTERNOON.

13           I UNDERSTAND WE HAVE A PARTY ON THE PHONE.

14           **MR. ARLEO:**  YES, YOUR HONOR.  ROBERT ARLEO, ALSO ON

15  BEHALF OF PLAINTIFFS.

16           **MR. VANDEN HEUVEL:**  GOOD AFTERNOON, YOUR HONOR.  TIM

17  VANDEN HEUVEL ON BEHALF OF GC SERVICES.

18           **THE COURT:**  MR. ARLEO, IS YOUR CLIENT WITH YOU?

19           **MR. ARLEO:**  NO.  I DID NOT GET A CALL BACK TO

20  CONFIRM THAT THAT WOULD BE OKAY, SO HE IS NOT ON THE LINE.

21           **THE COURT:**  VERY WELL.  ALL RIGHT.

22           WE ARE HERE TO SPREAD THE MANDATE IN THIS CASE.  AS

23  YOU KNOW, THIS CASE HAS PROCEEDED TO THE NINTH CIRCUIT, AND

24  THE NINTH CIRCUIT HAS MADE A DECISION ON THIS MATTER.

25           THE NINTH CIRCUIT HAS REVERSED JUDGE BURNS' ORDER

1    GRANTING SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS.  THE CASE

2    HAS BEEN REASSIGNED TO THIS COURT.

3              THE NINTH CIRCUIT HAS SET ASIDE THE SANCTIONS

4    AGAINST COUNSEL.

5              THE MANDATE SHALL BE SPREAD.

6              WITH THAT, COUNSEL, IT APPEARS TO ME WHAT IS NEEDED

7    NOW IS THE SETTING OF A PRETRIAL CONFERENCE.

8              **MR. SCHROTH:**  YES, YOUR HONOR.

9              **MR. L'ESTRANGE, JR.:**  YOUR HONOR, I AGREE WITH THAT,

10   WITH ONE EXCEPTION.  IF THE PLAINTIFFS ARE PLANNING TO MOVE

11   FOR CLASS CERTIFICATION, THAT IS ALSO AN ITEM THAT NEEDS TO BE

12   ADDRESSED.

13             **THE COURT:**  THANK YOU, COUNSEL.

14             **MR. SCHROTH:**  ACTUALLY, THERE ARE A NUMBER OF THINGS

15   THAT -- THAT I THINK WE NEED TO DO.  WE NEED TO GET THE

16   PLEADINGS SOMEWHAT IN ORDER.  THE APPEAL WAS, BASICALLY, ON

17   THE --

18             **THE COURT:**  EXCUSE ME, SIR.  YOU NEED TO SPEAK

19   DIRECTLY INTO THE MIKE SO THE INDIVIDUALS ON THE PHONE CAN

20   HEAR YOU.  CAN YOU STAND IN FRONT OF THE PODIUM, AND USE BOTH

21   MIKES.

22             **MR. SCHROTH:**  SO THERE ARE A FEW THINGS THAT WE

23   WOULD LIKE TO DO TO, BASICALLY, GET OUR SHOP IN ORDER.

24             YOU KNOW, AS YOU MAY HAVE KNOWN, WE LOST ON THE CIPA

25   CLAIM, SO WE WOULD LIKE TO REMOVE THAT FROM THE PLEADING.  WE

1  WON ON THE FDCPA CLAIM.

2          WHAT WE WOULD PROPOSE IS TO LIMIT THE FDCPA CAUSE

3  ACTION TO VIOLATIONS OF JUST THE 1692E AND THE E(11), AND THEN

4  ADD IN A ROSENTHAL CAUSE OF ACTION UNDER 1788.17.

5          SO, ESSENTIALLY, WE WOULD LIKE TO HAVE THE

6  OPPORTUNITY TO AMEND THE PLEADINGS BEFORE WE MOVED FORWARD.

7          WHEN WE LOST, INITIALLY, ON SUMMARY JUDGMENT, WE HAD

8  FILED A SUMMARY JUDGMENT MOTION OF OUR OWN, WHICH WAS DENIED.

9  AND WE WOULD ALSO LIKE THE OPPORTUNITY FOR THAT TO BE HEARD BY

10 THE COURT.

11         THAT IS -- THAT BRIEFING IS ALREADY BEFORE THE

12 COURT.  WE FILED THE BRIEFING, BUT JUDGE BURNS DENIED IT,

13 STRUCK IT.

14         WE WILL ALSO -- WE WOULD ALSO LIKE THE OPPORTUNITY

15 TO CONDUCT CLASS DISCOVERY.

16         **THE COURT:**  ALL RIGHT.  SIR, LET'S DO THIS.

17         **MR. SCHROTH:**  YES.

18         **THE COURT:**  I APPRECIATE WHERE YOU ARE GOING WITH

19 THIS, BUT THIS IS -- IT IS NOT MY INTENTION TO MAKE THIS A

20 CASE MANAGEMENT CONFERENCE.

21         **MR. SCHROTH:**  I UNDERSTAND.

22         **THE COURT:**  WE WILL DO THIS.

23         I WILL REFER THE MATTER TO THE MAGISTRATE JUDGE FOR

24 A CASE MANAGEMENT CONFERENCE, AND ALLOW THE MAGISTRATE JUDGE

25 TO SET FURTHER DATES IN THE CASE, TO CONSIDER THE BIDDING OF

1    BOTH PARTIES WITH RESPECT TO GOING FORWARD, AND THEN TO SET

2    DATES ACCORDINGLY.

3            **MR. SCHROTH:**  THANK YOU, YOUR HONOR.

4            **THE COURT:**  SO, WITH THAT, LET'S TAKE A -- LET'S

5    TRAIL THIS MATTER.  I WOULD LIKE TO TRAIL THIS MATTER FOR AT

6    LEAST 15 MINUTES.  I WILL SEE IF WE CAN GET A DATE FROM THE

7    MAGISTRATE JUDGE FOR A CASE MANAGEMENT CONFERENCE.

8            **MR. SCHROTH:**  THANK YOU.

9            **THE COURT:**  STRIKE THAT.  LET'S SEE IF THAT IS THE

10   BEST WAY TO DO THIS.  HOLD ON.

11           IT IS JUDGE BENCIVENGO?

12           **MR. SCHROTH:**  YES, IT IS.

13           **THE COURT:**  THAT MAY BE THE BEST WAY.  IN THAT THERE

14   ARE COUNSEL ON THE PHONE -- I WOULD HAVE DIRECTED THE PARTIES

15   TO GO DOWN TO OBTAIN A DATE.

16           LET'S TRAIL IT AND SEE IF WE CAN OBTAIN A DATE FROM

17   THE MAGISTRATE JUDGE.  ALL RIGHT?

18           **MR. SCHROTH:**  THANK YOU, YOUR HONOR.

19           **THE COURT:**  SIR, WE WILL CALL YOU BACK AS SOON AS WE

20   ARE READY TO RESUME THE HEARING ON THIS MATTER.  ALL RIGHT?

21           **MR. ARLEO:**  THANK YOU, YOUR HONOR.

22           **THE COURT:**  SHOULD BE IN THE NEXT 15 OR 20 MINUTES.

23           **MR. ARLEO:**  I WILL BE HERE.

24           **THE COURT:**  ALL RIGHT.

25             (AFTER UNRELATED MATTERS THE PROCEEDINGS CONTINUED

1    AS FOLLOWS:)

2         **THE COURT:**  WE WILL GO BACK TO THE THOMASSON MATTER.

3         **THE CLERK:**  RECALLING NO. 24, THOMASSON AND OTHERS

4    VERSUS GC SERVICES, LIMITED.

5         **THE COURT:**  MR. ARLEO, ARE YOU THERE, SIR?

6         **MR. ARLEO:**  YES, I AM.

7         **THE COURT:**  THANK YOU.

8         THE RECORD SHALL REFLECT THE PARTIES ARE ONCE AGAIN

9    PRESENT.

10        NOW, MY CLERKS HAVE CHECKED WITH JUDGE BENCIVENGO.

11   SHE OFFERS THREE DATES, AND THE FIRST DATE IS JUNE 2ND, 9:00

12   A.M., TUESDAY, JUNE 2ND 9:00 A.M.; WEDNESDAY, JUNE 3RD, 9:30

13   OR 1:30, P.M.; THURSDAY, JUNE 4TH, 1:30 P.M.

14        IF WE CAN COME TO A CONSENSUS NOW, WE WILL SET THE

15   DATE.

16        **MR. ARLEO:**  ANY OF THOSE DATES ARE FINE WITH ME.

17        **MR. SCHROTH:**  YOUR HONOR, THE 3RD AND 4TH OF JUNE

18   WORK FOR ME.

19        **MR. L'ESTRANGE, JR.:**  I DON'T HAVE MY CALENDAR WITH

20   ME, YOUR HONOR.  I ANTICIPATED WE WOULD JUST BE GETTING THE

21   FINAL PRETRIAL CONFERENCE TODAY.

22        **THE COURT:**  YES.

23        WE WILL DO THIS.  LET'S LOOK AT EITHER THE 3RD OR

24   THE 4TH, BUT I WILL REQUIRE COUNSEL TO SET UP A TELEPHONIC CMC

25   CONFERENCE WITH JUDGE BENCIVENGO'S CHAMBERS TO DETERMINE WHICH

1    DATE IS MOST AVAILABLE TO YOU, MR. L'ESTRANGE, SO THEY CAN SET

2    THE DATE THAT ALL PARTIES ARE AVAILABLE.

3         I WILL ALLOW JUDGE BENCIVENGO TO DETERMINE WHETHER

4    OR NOT THE CMC IS HELD TELEPHONIC OR IN PERSON.  I WILL LEAVE

5    THAT UP TO HER.

6         **MR. L'ESTRANGE, JR.**:  YOUR HONOR, WE DON'T WANT TO

7    GET INTO IT TODAY, BUT ON BEHALF OF THE DEFENDANT WE HAVE A

8    NUMBER OF REASONS WHY THERE SHOULD BE NEITHER AN AMENDMENT NOR

9    DISCOVERY ALLOWED.

10        I JUST WANTED TO MAKE SURE THAT OUR RIGHTS TO ASSERT

11   THOSE POSITIONS ARE RESERVED.  THE FACT YOU ARE REFERRING THIS

12   TO JUDGE BENCIVENGO IS NOT AN IMPLICIT SUGGESTION THAT AN

13   AMENDMENT WOULD BE APPROPRIATE HERE.

14        **THE COURT**:  I AM NOT SUGGESTING WHAT COURSE OF

15   ACTION IS APPROPRIATE.  I AM OF THE MIND THAT JUDGE

16   BENCIVENGO -- THE ISSUES PRESENTED TO ME ARE SUCH THAT SHOULD

17   BE HANDLED IN A MANAGEMENT CONFERENCE, AND I WAS NOT PREPARED

18   TO HANDLE THE MANAGEMENT CONFERENCE TODAY.

19        WE HAVE GONE BEYOND DISCOVERY CUTOFF, MOTIONS FOR

20   SUMMARY JUDGMENT HAVE BEEN FILED.  AT THIS JUNCTURE MY LEANING

21   WOULD BE, I SEE NO NEED TO REOPEN DISCOVERY, I SEE NO REASON

22   TO RELITIGATE THE RECORD.  OR EVEN THE IDEA OF AMENDING THE

23   PLEADINGS, COUNSEL, TO BE QUITE FRANK WITH YOU, AT THIS STAGE

24   IN THE PROCEEDINGS, YOU KNOW, I WOULD NEED TO HAVE SOME VERY

25   GOOD CAUSE.  BUT I WILL LEAVE THAT UP TO YOU.  I WILL LEAVE

1    THAT UP TO YOUR BIDDING WITH THE MAGISTRATE JUDGE AS TO HOW TO

2    PROCEED WITH THE CASE, AND I WILL DEAL WITH IT ACCORDINGLY.

3            I WOULD LIKE THE JUDGE TO CLARIFY THE ISSUE WITH

4    RESPECT TO THE CLASS, AND WHETHER OR NOT THAT -- WHETHER THAT

5    MATTER SHOULD BE READDRESSED IN GOING FORWARD TOWARDS ANY

6    PRETRIAL CONFERENCE, BUT I WILL LEAVE THAT UP TO HER AT THIS

7    JUNCTURE.

8            **MR. ARLEO:**  YOUR HONOR, ROBERT ARLEO.

9            THE PROPOSED AMENDMENT WOULD SIMPLY PARE DOWN THE

10   ISSUES BASED UPON RULINGS OF THE NINTH CIRCUIT.

11           **THE COURT:**  SIR, I HEAR YOU, BUT I BELIEVE THAT IS A

12   MATTER THAT SHOULD BE DIGESTED BY THE MAGISTRATE JUDGE, AND

13   MOVE FORWARD FROM THERE.

14           **MR. ARLEO:**  ONE OTHER ISSUE -- AND I HATE TO BURDEN

15   THE COURT WITH THIS.

16           WILL THERE BE A DIRECTIVE TO THE CLERK TO REFUND THE

17   $5,000 SANCTION?

18           **THE COURT:**  THANK YOU, SIR.

19           THE CLERK OF THE COURT IS DIRECTED TO REFUND TO

20   COUNSEL THE $5,000 OR THE AMOUNT THAT WAS SUBJECT TO THE

21   SANCTION.  WAS IT 5,000?

22           **MR. SCHROTH:**  YES.

23           **THE COURT:**  YES.  THE $5,000 SHALL BE RETURNED TO

24   COUNSEL.

25           THANK YOU FOR REMINDING ME OF THAT, SIR.

1          **MR. ARLEO:**  THANK YOU, YOUR HONOR.

2          **THE COURT:**  ANYTHING ELSE?

3          **MR. SCHROTH:**  NO, YOUR HONOR.  THANK YOU.

4          **MR. L'ESTRANGE, JR.:**  THANK YOU.

5          **THE COURT:**  THAT'S ALL.  WE ARE IN RECESS ON THIS

6    MATTER.

7

8                              *   *   *

9          I CERTIFY THAT THE FOREGOING IS A CORRECT
           TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
10         IN THE ABOVE-ENTITLED MATTER.

11         S/LEEANN PENCE                        5/29/09

12         LEEANN PENCE, OFFICIAL COURT REPORTER   DATE

13

14

15

16

17

18

19

20

21

22

23

24

25