ROBERT E. SCHROTH SR, ESQ. (SBN 103063)
ROBERT E. SCHROTH JR, ESQ. (SBN 212936)
**SCHROTH & SCHROTH**
2044 First Avenue, Suite 200
San Diego, CA 92101-2079
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

ROBERT L. ARLEO, ESQ. (*Pro Hac Vice*)
**LAW OFFICES OF ROBERT L. ARLEO**
1375 Broadway, Third Floor
New York, New York 10018
Telephone:  (646) 278-5648
E-Mail: r.arleo@verizon.net

[Additional Plaintiffs' counsel listed on last page]

Attorneys for Plaintiffs, ANDREW T.
THOMASSON, REBECCA J. THOMASSON,
and all others similarly situated

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON, REBECCA J. THOMASSON, *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, and DOES 1 through 25 inclusive,<br><br>        Defendants. | CASE NO.  05cv940 JAH (CAB)<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL; [PROPOSED] ORDER** |

TO:    THIS  HONORABLE  COURT,  ALL  PARTIES,  AND  THEIR  RESPECTIVE

ATTORNEYS OF RECORD IN THIS MATTER:

/ / /

/ / /

- 1 -

1     **PLEASE TAKE NOTICE THAT** Plaintiffs, ANDREW T. THOMASSON and

2    REBECCA J. THOMASSON ("Plaintiffs"), on behalf of themselves and all others similarly

3    situated, and their counsels of record, Schroth & Schroth, Law offices of Robert L. Arleo, and

4    Law Offices of Christopher K. Monelt, hereby ***discontinues*** their association of attorney

5    Michelle Linnette Van Dyke and the law firm of Shewry & Van Dyke, LLP as co-counsel in the

6    above-referenced matter.

7     In light of the foregoing, the Plaintiffs and their counsels of record hereby relieve

8    Michelle Linnette Van Dyke and the law firm of Shewry & Van Dyke LLP of their duties of

9    representation to the Plaintiffs and putative class in the above-entitled action. The contact

10   information for Michelle Linnette Van Dyke and the law firm of Shewry & Van Dyke LLP is:

11

12                MICHELLE L. VAN DYKE, ESQ. (SBN 171477)
                        **SHEWRY & VAN DYKE, LLP**

13                402 West Broadway, Suite 950
                        San Diego, CA 92101-8504

14                Telephone: (619) 236-9864
                        Facsimile:  (619) 233-1002

15

16     I, ANDREW T. THOMASSON, hereby request and authorize that attorney Michelle

17   Linnette Van Dyke and the law firm of Shewry & Van Dyke, LLP be relieved as our co-counsel

18   of record in the above-captioned matter.

19

20   DATED:  June 1, 2009          _____
                                   ANDREW T. THOMASSON

21

22

23     I, REBECCA J. THOMASSON, hereby request and authorize that attorney Michelle

24   Linnette Van Dyke and the law firm of Shewry & Van Dyke, LLP be relieved as our co-counsel

25   of record in the above-captioned matter.

26

27   DATED:  June 1, 2009          _____
                                REBECCA J. THOMASSON

28

- 2 -

1    We, Schroth & Schroth, Law Offices of Robert L. Arleo, and the Law Offices of

2    Christopher Monelt, request and authorize this disassociation and termination of Michelle

3    Linnette Van Dyke and the law firm of Shewry & Van Dyke LLP.

**SCHROTH & SCHROTH**
**LAW OFFICES OF ROBERT L. ARLEO**
-and-
**LAW OFFICES OF CHRISTOPHER MONELT**
Attorneys for Plaintiffs, ANDREW T.
THOMASSON, REBECCA J. THOMASSON,
and all others similarly situated

DATED:  June 1, 2009

By:___*s/ Robert E. Schroth, Jr.*_____
    ROBERT E. SCHROTH, JR, ESQ.

12    **IT IS HEREBY ORDERED** that the Clerk of Court is directed to terminate Michelle

13    Linnette Van Dyke and the law firm of Shewry & Van Dyke LLP from this case and to disable

14    their ability to electronically or otherwise access any documents filed under seal in this lawsuit.

15    **IT IS SO ORDERED**.

DATED:  June ___, 2009     _____
                                    United States District Court Judge

- 3 -

1  ROBERT E. SCHROTH SR, ESQ. (SBN 103063)
   ROBERT E. SCHROTH JR, ESQ. (SBN 212936)
2  **SCHROTH & SCHROTH**
3  2044 First Avenue, Suite 200
   San Diego, CA 92101-2079
4  Telephone: (619) 233-7521
   Facsimile:  (619) 233-4516
5
6  ROBERT L. ARLEO, ESQ. (*Pro Hac Vice*)
   **LAW OFFICES OF ROBERT L. ARLEO**
7  1375 Broadway, Third Floor
   New York, New York 10018
8  Telephone:  (646) 278-5648
   E-Mail: r.arleo@verizon.net
9
10
11 [Additional Plaintiffs' counsel listed on last page]
12 Attorneys for Plaintiffs, ANDREW T. THOMASSON,
   REBECCA J. THOMASSON, and all others similarly situated
13
14              **UNITED STATES DISTRICT COURT**
15            **SOUTHERN DISTRICT OF CALIFORNIA**
16
17 ANDREW T. THOMASSON, REBECCA J.    )    CASE NO.  05cv940 JAH (CAB)
   THOMASSON, *et al.*,               )
18                                     )
              Plaintiffs,              )
19                                     )
20       vs.                           )    **PROOF OF SERVICE**
                                       )
21 GC SERVICES LIMITED PARTNERSHIP,    )
   and DOES 1 through 25 inclusive,    )
22                                     )
23            Defendants.              )
   _____     )
24        I, Robert E. Schroth Jr., declare as follows:

25        I am, and was at the time of service of the papers herein referred to, over the age of 18

26 years, and not a party to the action. I am employed in the County of San Diego, California,

27 within which county the subject service occurred. My business address is 2044 First Avenue,

28 Suite 200, San Diego, California 92101.

On May 29, 2009, I served the following document(s):

 1.  **NOTICE OF DISASSOCIATION OF COUNSEL; [PROPOSED] ORDER**

 BY CAUSING PERSONAL DELIVERY of the document(s) listed above to the person(s) at the address(es) setforth below:

 [XX ] BY ELECTRONIC FILING/SERVICE. On the below date, and in accordance with Local Civ. Rule 5.4(c), I caused such document(s) to be Electronically Filed and/or Served through the Case Management / Electronic Case Filing System for the above entitled case to those parties on the Service List all of whom are registered with the Court's CM/ECF System for this case.

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 29th day of May 2009, at San Diego, California.


         *s/ Robert E. Schroth Jr.*
         Robert E. Schroth Jr., Esq.


ADDITIONAL PLAINTIFFS COUNSEL:

CHRISTOPHER K. MONELT, ESQ. (SBN 224478)
**LAW OFFICES OF CHRISTOPHER K. MONELT**
2044 First Avenue, Suite 200
San Diego, CA 92101-2079
Telephone: (619) 233-8034
Facsimile:  (619) 233-4516

1

2

3

**Andrew T. Thomasson, *et. al*. v. GC Services Limited Partnership, *et. al*.**
**United States District Court, Southern District of California,**
**Case No. 05cv940 JAH (CAB)**

4

**SERVICE LIST**

5

6

7

8

9

Tim J. Vanden Heuvel, Esq.
R. Gaylord Smith, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH, L.L.P.
550 West "C" Street, Suite 800
San Diego, CA 92101-3540
Facsimile:  (619) 233-8627

Michelle L. Van Dyke, Esq.
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, CA 92101-8504
Facsimile:  (619) 233-1002

10

11

12

13

14

15

Thomas E. Gilbertsen, Esq.
Dawn Murphy-Johnson, Esq.
Daniel S. Blynn, Esq.
KELLEY DRYE & WARREN, L.L.P.
3050 K Street, N.W., Suite 400
Washington, D.C. 20007-5108
Facsimile:  (202) 342-8451

16

17

18

19

John H. L'Estrange Jr., Esq.
WRIGHT & L'ESTRANGE
401 West "A" Street, Suite 2250
San Diego, CA 92101
Facsimile:  (619) 231-6710

20

21

*Attorneys for Defendant*
*GC SERVICES LIMITED PARTNERS*

22

23

24

25

26

27

28