ROBERT E. SCHROTH SR, ESQ. (SBN 103063)
ROBERT E. SCHROTH JR, ESQ. (SBN 212936)
**SCHROTH & SCHROTH**
2044 First Avenue, Suite 200
San Diego, CA 92101-2079
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

ROBERT L. ARLEO, ESQ. (*Pro Hac Vice*)
**LAW OFFICES OF ROBERT L. ARLEO**
1375 Broadway, Third Floor
New York, New York 10018
Telephone:  (646) 278-5648
E-Mail: r.arleo@verizon.net

[Additional Plaintiffs' counsel listed on last page]

Attorneys for Plaintiffs, ANDREW T.
THOMASSON, REBECCA J. THOMASSON,
and all others similarly situated

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| ANDREW T. THOMASSON, *et al.*, | ) | CASE NO.  05cv940 JAH (CAB) |
|---|---|---|
| Plaintiffs, | ) ) | **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF ROBERT E. SCHROTH, JR. IN SUPPORT** |
| vs. | ) ) |  |
| GC SERVICES LIMITED PARTNERSHIP, a Delaware Limited Partnership, | ) ) ) |  |
| Defendant. | ) ) ) ) | HON. JOHN A. HOUSTON Dept.: Courtroom 11, Second Floor Hearing Date: September 14, 2009 Hearing Time:  2:30 p.m. |

**PLEASE TAKE NOTICE** that Plaintiffs ANDREW T. THOMASSON and REBECCA J. THOMASSON on behalf of themselves and the putative class they seek to represent, by and through their attorneys of record, will, and hereby do, move this Court for an order granting Plaintiffs leave to file a second amended complaint in this action. The hearing on this motion

- 1 -

1 will take place at the United States Courthouse located at 880 Front Street, San Diego,
2 California 92101, on September 14, 2009 at 2:30 p.m, in Courtroom 11.

3     This motion is brought pursuant to Fed. R. Civ. P. 15(a). Plaintiffs make this motion at
4 this time on the grounds that a violation of the federal Fair Debt Collection Act, 15 U.S.C. §§
5 1692, *et seq.* constitutes a violation of the California Rosenthal Act, Cal. Civ. Code § 1788.17.

6     This motion is based on this notice of motion and motion, the accompanying
7 memorandum of points and authorities and Declaration of Robert E. Schroth Jr. in support
8 thereof, the exhibits filed concurrently herewith, the pleadings and papers on file in this case,
9 and upon such evidence and argument as may be presented at the hearing on this matter.

10     **SCHROTH & SCHROTH**
11     **LAW OFFICES OF ROBERT L. ARLEO**
    -and-
12     **LAW OFFICES OF CHRISTOPHER MONELT**
    Attorneys for Plaintiffs, ANDREW T.
13     THOMASSON, REBECCA J. THOMASSON,
    and all others similarly situated
14

15 DATED:  June 19, 2009
    By: *s/ Robert E. Schroth, Jr.*
16     ROBERT E. SCHROTH, JR, ESQ.

17

18
ADDITIONAL PLAINTIFFS COUNSEL:
19
CHRISTOPHER K. MONELT, ESQ. (SBN 224478)
20 **LAW OFFICES OF CHRISTOPHER K. MONELT**
2044 First Avenue, Suite 200
21 San Diego, CA 92101-2079
Telephone: (619) 233-8034
22 Facsimile:  (619) 233-4516
23

24

25

26

27

28

ROBERT E. SCHROTH SR, ESQ. (SBN 103063)
ROBERT E. SCHROTH JR, ESQ. (SBN 212936)
**SCHROTH & SCHROTH**
2044 First Avenue, Suite 200
San Diego, CA 92101-2079
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

ROBERT L. ARLEO, ESQ. (*Pro Hac Vice*)
**LAW OFFICES OF ROBERT L. ARLEO**
1375 Broadway, Third Floor
New York, New York 10018
Telephone:  (646) 278-5648
E-Mail: r.arleo@verizon.net

[Additional Plaintiffs' counsel listed on last page]

Attorneys for Plaintiffs, ANDREW T. THOMASSON,
REBECCA J. THOMASSON, and all others similarly situated

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW T. THOMASSON, REBECCA J. THOMASSON, *et al.*, <br><br>             Plaintiffs, <br><br>      vs. <br><br> GC SERVICES LIMITED PARTNERSHIP, and DOES 1 through 25 inclusive, <br><br>             Defendants. | CASE NO.  05cv940 JAH (CAB) <br><br><br><br><br> **PROOF OF SERVICE** |

I, Robert E. Schroth Jr., declare as follows:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 2044 First Avenue, Suite 200, San Diego, California 92101.

1   On June 19, 2009, I served the following document(s):

2   1.   **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**;

3

4   2.   **POINTS AND AUTHORITIES IN SUPPORT**; and

5   3.   **DECLARATION OF ROBERT E. SCHROTH, JR. IN SUPPORT**

6   BY CAUSING PERSONAL DELIVERY of the document(s) listed above to the

7   person(s) at the address(es) setforth below:

8   [XX ] BY ELECTRONIC FILING/SERVICE. On the below date, and in accordance with

9   Local Civ. Rule 5.4(c), I caused such document(s) to be Electronically Filed and/or Served

10  through the Case Management / Electronic Case Filing System for the above entitled case to

11  those parties on the Service List all of whom are registered with the Court's CM/ECF System

12  for this case.

13  I declare under penalty of perjury under the laws of the State of California that the

14  foregoing is true and correct. Executed on this 19th day of June 2009, at San Diego, California.

15

16                          *s/ Robert E. Schroth Jr.*
17                          Robert E. Schroth Jr., Esq.

18

19

20  ADDITIONAL PLAINTIFFS COUNSEL:

21
    CHRISTOPHER K. MONELT, ESQ. (SBN 224478)
22  **LAW OFFICES OF CHRISTOPHER K. MONELT**
    2044 First Avenue, Suite 200
23  San Diego, CA 92101-2079
24  Telephone: (619) 233-8034
    Facsimile:  (619) 233-4516
25

26

27

28

**Andrew T. Thomasson, *et al*. v. GC Services Limited Partnership, *et. al.***
**United States District Court, Southern District of California,**
**Case No. 05cv940 JAH (CAB)**

**SERVICE LIST**

| | |
|---|---|
| Tim J. Vanden Heuvel, Esq. | Michelle L. Van Dyke, Esq. |
| R. Gaylord Smith, Esq. | SHEWRY & VAN DYKE, LLP |
| LEWIS, BRISBOIS, BISGAARD & SMITH, L.L.P. | 402 West Broadway, Suite 950 |
| 550 West "C" Street, Suite 800 | San Diego, CA 92101-8504 |
| San Diego, CA 92101-3540 | Facsimile:  (619) 233-1002 |
| Facsimile:  (619) 233-8627 | |

Thomas E. Gilbertsen, Esq.
Dawn Murphy-Johnson, Esq.
Daniel S. Blynn, Esq.
KELLEY DRYE & WARREN, L.L.P.
3050 K Street, N.W., Suite 400
Washington, D.C. 20007-5108
Facsimile:  (202) 342-8451

John H. L'Estrange Jr., Esq.
WRIGHT & L'ESTRANGE
401 West "A" Street, Suite 2250
San Diego, CA 92101
Facsimile:  (619) 231-6710

*Attorneys for Defendant*
*GC SERVICES LIMITED PARTNERS*