UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW T. THOMASSON and REBECCA J. THOMASSON,<br><br>　　　　　Plaintiffs,<br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP, and Does 1 through 25, inclusive,<br><br>　　　　　Defendant. | CASE NO. 3:05cv940 JAH (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL OF ENTIRE ACTION**<br><br>JUDGE:　Hon. John A. Houston<br>Courtroom: 13B |

　　　The Court has reviewed the Parties' Joint Motion for Dismissal of Entire Action filed February 5, 2014.

　　　Good cause appearing, the Parties' joint motion for dismissal with prejudice is GRANTED.  The entire action is dismissed with prejudice.

　　　**IT IS SO ORDERED.**

Dated: February 5, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge of the District Court

CASE NO. 3:05cv940 JAH (KSC)